IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 |

**NOTICE TO CLERK OF COURT REGARDING INTENT TO SEEK FURTHER RELIEF FROM LOCAL CIVIL RULE 5.1(c)**

Earlier today, Plaintiffs Ruby Freeman and Wandrea' Moss initiated this action ("*Freeman II*") against Defendant Rudolph Giuliani. ECF No. 1. Plaintiffs immediately then filed a notice informing the Court that this case is related to *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.) ("*Freeman I*"). ECF No. 2.

In *Freeman I*, Plaintiffs sought relief from Local Civil Rule 5.1(c)(1), which provides that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party," or, in the alternative, that "[i]f the party does not wish its full residence address to appear on the public docket, it shall omit the address and simultaneously file under seal a notice containing its full address, which notice shall be available only to the Court and the opposing party." *See* Pls.' *Ex Parte* Mot. & Mem. in Supp. of Mot. for Waiver of LCvR 5.1(c), *Freeman I* (Dec. 23, 2021), ECF No. 2. As Plaintiffs explained, "public disclosure of Plaintiffs' addresses would potentially endanger them and their family." *Id.* at 1. "Moreover, disclosure of Plaintiffs' addresses to Defendants could expose their personal address to Defendants' millions of followers." *Id.* That remains true today. Noting that "courts in this district allow Plaintiffs to

proceed anonymously in cases 'involving matters of a sensitive and highly personal nature,'" *id.* at 2 (quoting *Doe v. Cabrera*, 307 F.R.D. 1, 4 (D.D.C. 2014)), Plaintiffs sought relief from Local Civil Rule 5.1(c)'s requirements and were not required to provide their addresses either publicly or to Defendant Giuliani's counsel in *Freeman I*.

Today, in their new Complaint initiating *Freeman II*, Plaintiffs added a footnote to the caption beside Plaintiffs' names, seeking the same relief requested in *Freeman I*. Compl., *Freeman II* (Dec. 18, 2023), ECF No. 1 at 1 n.1. That footnote provides as follows:

> Plaintiffs respectfully request relief from Local Civil Rule 5.1(c)'s requirement that their Complaint include the "full residence address" of each Plaintiff for the same reasons Plaintiffs previously requested such relief in the related case. *See* Plaintiffs' *Ex Parte* Mot. & Mem. in Supp. of Mot. for Waiver of Local Civil Rule 5.1(c), *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.), ECF No. 2.

*Id.*

This afternoon, the Court entered a Notice of Error in *Freeman II*, providing as follows:

> The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata., 2. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zrtw, ) (Entered: 12/18/2023)

Notice of Error, *Freeman II* (Dec. 18, 2023). Plaintiffs' counsel promptly attempted to contact the clerk's office to explain the unique circumstances of this case and seek guidance on the appropriate remedy but were unsuccessful as the Clerk's office was closed.

Plaintiffs now file this notice to notify the Court and the Clerk's office that Plaintiffs' counsel is concurrently filing an *ex parte* motion seeking relief from Local Civil Rule 5.1(c)(1). Further, Plaintiffs intend to clarify the unique circumstances of this case promptly with the Clerk's office tomorrow morning, and intend to take all necessary steps to remedy any non-compliance

with Local Civil Rule 5.1(c).  Plaintiffs understand that Local Civil Rule 5.1(c) provides all parties 30 days to correct any failure to provide address information in an initial filing.  LCvR 5.1(c)(1).

Plaintiffs respectfully request that they be permitted at least until the close of business tomorrow, December 19, 2023, to address the Notice of Error entered this afternoon. In addition, Plaintiffs request that the Complaint in this action (*Freeman II*) be treated for all purposes as having been filed at the time of filing today, and that the Clerk of Court proceed to assign the case and issue the summons.

Dated: December 18, 2023

John Langford*
Rachel Goodman*
**UNITED TO PROTECT DEMOCRACY, INC.**
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Von A. DuBose*
**DUBOSE MILLER LLC**
75 14th Street NE, Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Respectfully submitted,

By: */s/ Michael J. Gottlieb*
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
Aaron E. Nathan (1047269)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
anathan@willkie.com

M. Annie Houghton-Larsen*
**WILLKIE FARR & GALLAGHER LLP**
787 7th Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

*Pro hac vice application forthcoming*

**Counsel for Plaintiffs**

3