AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▼

| | |
|---|---|
| Ruby Freeman, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:23-cv-3754 |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                    .

Date:     12/19/2023

s/ Meryl C. Governski
*Attorney's signature*

Meryl C. Governski (DC Bar No. 1023549)
*Printed name and bar number*
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006

*Address*

mgovernski@willkie.com
*E-mail address*

(202) 303-1016
*Telephone number*

(202) 303-2000
*FAX number*