AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman, et al. <br> *Plaintiff* <br> v. <br> Rudolph W. Giuliani <br> *Defendant* | ) <br> ) <br> ) Case No. 1:23-cv-3754 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 12/19/2023

s/ Aaron E. Nathan
*Attorney's signature*

Aaron E. Nathan (DC Bar No. 1047269)
*Printed name and bar number*
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006

*Address*

anathan@willkie.com
*E-mail address*

(202) 303-1172
*Telephone number*

(202) 303-2000
*FAX number*