IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI,

        Defendant.

Case No. 1:23-cv-03754 (BAH)

### DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, M. Annie Houghton-Larsen, hereby declare:

1. My name, office address, and telephone number are as follows:

    Marie Anne Houghton-Larsen
    WILLKIE FARR & GALLAGHER LLP
    787 7th Ave
    New York, NY 10019
    Telephone: (212) 728-8164

2. I have been admitted to the following courts and bars:

    New York State Bar (Bar ID: 5705603)
    U.S. District Court for the Eastern District of New York
    U.S. District Court for the Southern District of New York

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court within the last two years in one case, which is related to this case: *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.).

5. I do not engage in the practice of law from an office located in the District of Columbia.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2023

/s/ *[signature]*

Marie Anne Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 7th Ave
New York, NY 10019
Tel: (212) 728-8164
Fax: (919) 728-9164
mhoughton-larsen@willkie.com



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Marie Annie Houghton-Larsen

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 13, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 19, 2023.

*Clerk of the Court*

CertID-00152071



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| DIANNE T. RENWICK<br>Presiding Justice | MARGARET SOWAH<br>Deputy Clerk of the Court |
| SUSANNA MOLINA ROJAS<br>Clerk of the Court | DOUGLAS C. SULLIVAN<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020