IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 (BAH) |

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY M. ANNIE HOUGHTON-LARSEN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney M. Annie Houghton-Larsen *pro hac vice*. Upon consideration of the motion, the Court grants attorney M. Annie Houghton-Larsen *pro hac vice* admission to this Court in the above-referenced matter.

SO ORDERED.

December __, 2023

_____
HON. BERYL A. HOWELL
United States District Judge