**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

    v.

RUDOLPH W. GIULIANI,

        Defendant.

Case No. 1:23-cv-03754 (BAH)

## MOTION FOR ADMISSION OF ATTORNEY VON DUBOSE *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Von DuBose seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea' Moss, plaintiffs in the above-captioned action.  This motion is supported by the Declaration of Von DuBose, filed herewith.  As set forth in the Declaration, Mr. DuBose is admitted and an active member in good standing of the Georgia State Bar.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court.  Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Von DuBose to appear *pro hac vice* in this matter.

Dated this 19th day of December 2023

/s/ *Meryl C. Governski*
Meryl C. Governski (1023549)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street NW

Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com