IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 (BAH) |

### DECLARATION OF VON DUBOSE IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Von A. DuBose, hereby declare:

1. My name, office address, and telephone number are as follows:

   Von A. DuBose
   DUBOSE MILLER LLC
   75 14th Street, NE, Suite 2110
   Atlanta, GA 30309
   (404) 720-8111

2. I have been admitted to the following courts and bars:

   Georgia State Bar (231451)

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court within the last two years in one case, which is related to this case: *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.).

5. I do not engage in the practice of law from an office located in the District of Columbia.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2023

*Von A. DuBose*
_____
Von A. DuBose
DuBose Miller LLC
75 14th Street, NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com



**Lawyers Serving the Public and the Justice System**

Mr. Von Avery DuBose
DuBose Miller LLC
75 14th Street NE Suite 2110
Atlanta, GA  30309
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 12/11/1998 |
| **BAR NUMBER:** | 231451 |
| **TODAY'S DATE:** | 12/19/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435