IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Case No. 1:23-cv-03754 (BAH) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY VON DUBOSE *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Von DuBose *pro hac vice*. Upon consideration of the motion, the Court grants attorney Von DuBose *pro hac vice* admission to this Court in the above-referenced matter.

SO ORDERED.

December __, 2023

_____
HON. BERYL A. HOWELL
United States District Judge