IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 (BAH) |

**MOTION FOR ADMISSION OF ATTORNEY RACHEL GOODMAN *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), attorney M. Annie Houghton-Larsen seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea' Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Rachel Goodman, filed herewith. As set forth in the Declaration, Ms. Goodman is admitted and an active member in good standing of the following bar and courts: New York State Bar; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York; U.S. District Court for the Western District of Wisconsin; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; and U.S. Court of Appeals for the Eleventh Circuit.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Rachel Goodman to appear *pro hac vice* in this matter.

| | |
|---|---|
| Dated this 19th day of December 2023 | /s/ *Meryl C. Governski*<br>Meryl C. Governski (1023549)<br>**WILLKIE FARR & GALLAGHER LLP**<br>1875 K Street NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>mgovernski@willkie.com |