IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 (BAH) |

**MOTION FOR ADMISSION OF ATTORNEY JOHN LANGFORD *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), attorney John Langford seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea' Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of John Langford, filed herewith. As set forth in the Declaration, Mr. Langford is admitted and an active member in good standing of the following bars: the New York State Bar; the U.S. District Courts for the Southern and Eastern Districts of New York; and the United States Courts of Appeal for the Second, Ninth, and Eleventh Circuits.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for John Langford to appear *pro hac vice* in this matter.

| | |
|---|---|
| Dated this 19th day of December 2023 | /s/ *Meryl C. Governski*<br>Meryl C. Governski (1023549)<br>**WILLKIE FARR & GALLAGHER LLP**<br>1875 K Street NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>mgovernski@willkie.com |