IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:23-cv-03754 (BAH) |

### DECLARATION OF JOHN LANGFORD IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, John Langford, hereby declare:

1. My name, office address, and telephone number are as follows:

   John Langford
   **UNITED TO PROTECT DEMOCRACY**
   82 Nassau Street, #601
   New York, NY 10038
   Tel: (202) 579-4582
   Fax: (202) 769-3176
   john.langford@protectdemocracy.org

2. I have been admitted to the following courts and bars:

   New York State Bar (Bar ID: 5348479)
   U.S. District Court for the Eastern District of New York (Bar ID: JL-2367) U.S. District Court for the Southern District of New York (Bar ID: JL-2367)
   U.S. Court of Appeals, Second Circuit
   U.S. Court of Appeals, Ninth Circuit
   U.S. Court of Appeals, Eleventh Circuit

3. I am currently in good standing with all states, courts, and bars in which I am a part.

I hereby certify that I have not been disciplined by any bar.

2

4. I have been admitted *pro hac vice* in this Court within the last two years in one case, which is related to this case: *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.).

5. I do not engage in the practice of law from an office located in the District of Columbia.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2023

/s/ *[signature]*
John Langford
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org

<a>
</a>
<b></b>



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

*I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## John Thomas Langford

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 10, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 18, 2023.*

*Acting Clerk of the Court*

CertID-00151938



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Acting Clerk of the Court

**KENNETH BAND**
Deputy Clerks

**MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY**
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023