IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

Plaintiffs,

v.

RUDOLPH W. GIULIANI,

Defendant.

Case No. 1:23-cv-03754 (BAH)

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
<u>ATTORNEY JOHN LANGFORD *PRO HAC VICE*</u>**

The Court has reviewed the motion for admission of attorney John Langford *pro hac vice*. Upon consideration of the motion, the Court grants attorney John Langford *pro hac vice* admission to this Court in the above-referenced matter.

SO ORDERED.


December __, 2023

_____
HON. BERYL A. HOWELL
United States District Judge