IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 23-cv-3754-BAH<br><br>**NOTICE OF ORDER MODIFYING AUTOMATIC STAY** |

Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss ("Plaintiffs") respectfully submit this Notice to inform the Court of an order entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") modifying the automatic stay as applicable to this action, to inform the Court of Plaintiffs' agreement with Defendant Rudolph W. Giuliani ("Defendant," and together with Plaintiffs, the "Parties") resolving this action, and to request that the Court promptly effectuate that agreement by entering the Parties' Proposed Final Consent Judgment and Permanent Injunction.

As the Court is aware, Defendant filed a voluntary chapter 11 petition on December 21, 2023, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). *See In re Giuliani*, No. 23-12055-SHL (Bankr. S.D.N.Y.). That filing automatically stayed this action pursuant to 11 U.S.C. § 362(a). On May 10, 2024, Plaintiffs commenced an adversary proceeding in the Bankruptcy Court seeking injunctive relief to restrain Defendant from continuing to repeat the defamatory statements for which he had been held liable in *Freeman v. Giuliani*, No. 21-cv-3354 (BAH) (D.D.C.). On May 21, 2024, the Parties reached an agreement resolving that adversary proceeding and this action. As part of that agreement, the

Parties executed a Joint Stipulation and Consent to Entry of Final Judgment, in which they agreed to resolve this action through a Proposed Final Consent Judgment and Permanent Injunction.

On May 21, 2024, the Bankruptcy Court entered an order (the "Lift Stay Order"), a copy of which is attached to this letter as Exhibit A. Pursuant to the Lift Stay Order, the automatic stay is modified to permit the Parties to file their Joint Stipulation and Consent to Entry of Final Judgment in this Court, for this Court to enter the Parties' Proposed Final Consent Judgment and Permanent Injunction, and for this Court to conduct such proceedings as may become necessary to enforce the Final Consent Judgment and Permanent Injunction as so entered. A copy of the Lift Stay Order is attached to this Notice as Exhibit A.

Plaintiffs will promptly file the Joint Stipulation and Consent to Entry of Final Judgment and Proposed Final Consent Judgment and Permanent Injunction on the docket, and respectfully request that the Court enter the Proposed Final Consent Judgment and Permanent Injunction without delay. Plaintiffs will serve a copy of this Notice on Defendant via third-party courier to the address listed in the Complaint, pursuant to Defendant's written consent.

Dated: May 21, 2024                          Respectfully submitted,

By: /s/ Michael J. Gottlieb
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan (1047269)
M. Annie Houghton-Larsen*
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York
Tel: (212) 728-8904

anathan@willkie.com
mhoughton-larsen@willkie.com

John Langford*
Rachel Goodman*
**UNITED TO PROTECT DEMOCRACY, INC.**
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Von A. DuBose*
**DUBOSE MILLER LLC**
75 14th Street NE, Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**Pro hac vice application forthcoming*

***Counsel for Plaintiffs***