UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　　　　　Defendant. | Case No. 23-cv-03754 (BAH)<br><br>**JOINT STIPULATION AND<br>CONSENT TO ENTRY OF FINAL<br>JUDGMENT** |

**WHEREAS**, Rudolph W. Giuliani (the "Defendant") is the Defendant in the above-captioned action;

**WHEREAS,** the Defendant is also a debtor in a chapter 11 case captioned *In re Rudolph W. Giuliani*, No. 23-012055-SHL (the "Giuliani Bankruptcy") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

**WHEREAS**, Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss (collectively, the "Plaintiffs" and, together with the Defendant, the "Parties") were Plaintiffs in *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.) (together with any appeals from that case, the "Freeman Litigation"), and hold a final money judgment in the amount of $146,206,113.00, plus post-judgment interest, entered in the Freeman Litigation (the "Freeman Judgment"), ECF No. 142, *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C. Dec. 18, 2023);

**WHEREAS,** Plaintiffs are also creditors in the Giuliani Bankruptcy;

**WHEREAS** on December 18, 2023, Plaintiffs commenced this civil action by filing a Complaint seeking injunctive relief restraining Defendant from repeating the Actionable Statements adjudged to be false and defamatory in the Freeman Litigation, or any substantially similar statements (ECF No. 1) (the "Complaint");

**WHEREAS** on December 21, 2023, the Defendant commenced the Giuliani Bankruptcy by filing a voluntary chapter 11 petition, which triggered an automatic stay (the "Bankruptcy Stay") applicable to this action under 11 U.S.C. § 362(a);

**WHEREAS** on May 10, 2024, Plaintiffs commenced an adversary proceeding in the Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 7001(7) by filing an adversary complaint (the "Adversary Complaint," a copy of which is attached as Exhibit A seeking injunctive relief restraining Defendant from repeating those Actionable Statements or substantially similar statements (the "Adversary Proceeding");

**WHEREAS** the Bankruptcy Court has now lifted the Bankruptcy Stay for purposes of entry of the proposed consent judgment and permanent injunction attached hereto as Exhibit B (the "Proposed Consent Judgment"), and for purposes of any proceedings to enforce that Proposed Consent Judgment as entered;

The Parties hereby stipulate and agree as follows:

1. Defendant waives service of process in this action and consents to personal jurisdiction in this Court, including for purposes of any future proceedings to enforce the judgment and permanent injunction.

2. The Complaint shall be deemed amended to include all of the allegations in the Adversary Complaint.

3. Defendant consents to entry of final judgment and permanent injunctive relief in favor of Plaintiffs in this action in the form of the Proposed Consent Judgment attached hereto as Exhibit B.

4. Defendant voluntarily, knowingly, and irrevocably waives any right of appeal from entry of the Proposed Consent Judgment. Defendant voluntarily, knowingly, and irrevocably waives any challenge to the validity of the Proposed Consent Judgment as entered by this Court.

5. In addition to any other lawful method of service, Defendant consents to service of any future process, notices, filings, or other documents in this case via mailing a copy of such process, notice, filing, or other document to Defendant at either of the following addresses (unless Defendant has filed a notice on the docket of this action providing notice of a different mailing address) by U.S. mail or third-party courier, which service shall be effective upon transmittal to the postal service or third-party courier: 44 E 66th Street, Apt. 10W, New York, NY 10065; 315 S Lake Drive, Unit 5D, Palm Beach, FL, 33480.

6. Undersigned counsel of record in this action represent that they are authorized to execute and enter into this Joint Stipulation and Consent to Entry of Final Judgment on behalf of the respective parties whom they represent. Undersigned counsel have full authority to bind the respective parties whom they represent in this Adversary Proceeding.

7. Defendant represents that he has had an opportunity to consult with counsel, has obtained the advice of counsel, and has agreed to all terms of this Joint Stipulation and Consent to Entry of Final Judgment freely and voluntarily.

8. This Joint Stipulation and Consent to Final Judgment may be executed in one or more counterparts, each of which will be considered an original and all of which constitute one agreement.

[*Remainder of Page Left Intentionally Blank*]

Dated: May ___, 2024

Dated: May 21, 2024

_____
Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Telephone: (202) 303-1442
mgottlieb@willkie.com

*For Plaintiffs Ruby Freeman and Wandrea'
ArShaye Moss*

_____
Gary C. Fischoff, Esq.
BERGER, FISCHOFF, SHUMER, WEXLER
& GOODMAN, LLP
2801 Emmons Ave
Suite 104
Brooklyn, NY 11235
Telephone: (519)747-1136
gfischoff@bfslawfirm.com

*For Defendant Rudolph W. Giuliani*

Dated: May 21, 2024

_____
Rudolph W. Giuliani

*Defendant*

4

Dated: May 21, 2024

*(signature)*

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Telephone: (202) 303-1442
mgottlieb@willkie.com

*For Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss*

Dated: May 21, 2024

*(signature)*

Gary C. Fischoff, Esq.
BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP
2801 Emmons Ave
Suite 104
Brooklyn, NY 11235
Telephone: (519)747-1136
gfischoff@bfslawfirm.com

*For Defendant Rudolph W. Giuliani*

Dated: May 21, 2024

*(signature)*

Rudolph W. Giuliani

*Defendant*

4