IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 23-cv-3754-BAH<br><br>**CERTIFICATE OF SERVICE** |

On May 21, 2024, the undersigned caused copies of each of the following filings, including exhibits, to be served on Defendant Rudolph W. Giuliani by FedEx overnight delivery to 45 East 66th Street, Apt. 10W, New York, NY 10065, pursuant to Defendant's written consent (see ECF No. 14, ¶ 5):

1. Notice of Order Modifying Automatic Stay (ECF No. 13)

2. Joint Stipulation and Consent to Entry of Final Judgment (ECF No. 14).

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 21, 2024
New York, New York

s/ Aaron E. Nathan_____
Aaron E. Nathan (1047269)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8904
anathan@willkie.com

*Counsel for Plaintiffs*