AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-3754 |
| Rudolph W. Giuliani ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea' Moss.

Date: 05/23/2024

*Attorney's signature*

John Langford (pro hac vice)
*Printed name and bar number*

United to Protect Democracy
82 Nassau Street. #601
New York, NY 10038
*Address*

john.langford@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*