IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 23-cv-3754-BAH<br><br>**CERTIFICATE OF SERVICE** |

On May 23, 2024, the undersigned caused a copy of the Final Consent Judgment and Permanent Injunction (ECF No. 16) to be served on Defendant Rudolph W. Giuliani by FedEx overnight delivery to 45 East 66th Street, Apt. 10W, New York, NY 10065, pursuant to Defendant's written consent (see ECF No. 14, ¶ 5):

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 24, 2024
New York, New York

s/ Aaron E. Nathan
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8904
anathan@willkie.com

*Counsel for Plaintiffs*