UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 23-cv-3754-BAH |

### DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

3. I submit this declaration in support of Plaintiffs' Motion for Civil Contempt ("Motion").

4. I have personally reviewed certain public broadcasts of Defendant Rudolph W. Giuliani's ("Defendant Giuliani") daily livestream program *America's Mayor Live*.

5. Defendant Giuliani published each of his daily livestream programs on multiple platforms, including but not limited to Twitter/X, Facebook, and YouTube. The livestreams remain publicly accessible all of those platforms as of the date of this Motion. For each livestream

program, I have provided links to such platforms where the program remains publicly accessible. I have also received downloaded copies of each video livestream.

6. On November 12, 2024, Defendant Giuliani aired an episode of his livestream program *America's Mayor Live*, titled *America's Mayor Live (537): Live Coverage of Trump Transition 2024: Day 7*. This video is available online at the following links: Facebook (https://www.facebook.com/realrudygiuliani/videos/1859534817913192), Twitter/X (https://x.com/i/broadcasts/1yoKMykRXONKQ), and YouTube (https://www.youtube.com/watch?v=ZJNBZ_VVWsQ). A true and correct copy of this video is submitted with this Declaration as Exhibit 1.

7. On November 14, 2024, Defendant Giuliani aired another episode of *America's Mayor Live*, titled *America's Mayor Live (539): Live Coverage of Trump Transition 2024: Day 9*. This video is available online at the following links: Facebook (https://www.facebook.com/realrudygiuliani/videos/1859534817913192), Twitter/X (https://x.com/i/broadcasts/1mrGmMRzypMGy), and YouTube (https://www.youtube.com/watch?v=nnunW74DOkY). A true and correct copy of this video is submitted with this Declaration as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2024.

s/ M. Annie Houghton-Larsen
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mhoughton-larsen@willkie.com

*Attorney for Ruby Freeman and Wandrea' Moss*

2