# Exhibit 1

# *America's Mayor Live (537): Live Coverage of Trump Transition 2024: Day 7* Manually Filed (MP4)