# Exhibit 2

# *America's Mayor Live (539): Live Coverage of Trump Transition 2024: Day 9* Manually Filed (MP4)