UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 23-cv-3754-BAH |

**[PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR CIVIL CONTEMPT**

Upon consideration of Plaintiffs' motion for civil contempt for Defendant's violations of the Final Consent Judgment and Permanent Injunction, ECF No. 16, it is hereby ORDERED that Plaintiffs' motion is granted.

It is further ORDERED that this Court will hold a hearing on _____, 2024 at _____ to determine the appropriate civil contempt sanction to coerce Mr. Giuliani's compliance with the Final Consent Judgment and Permanent Injunction going forward.

SO ORDERED.

_____

November___, 2024        Hon. Beryl A. Howell

United States District Judge