UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

Plaintiffs,

v.

RUDOLPH W. GIULIANI,

Defendant.

No. 23-cv-3754-BAH

**PLAINTIFFS' NOTICE OF FILING VIDEO EXHIBITS**

Plaintiffs hereby gives notice of filing exhibits listed below, which are exhibits to the Declaration of M. Annie Houghton-Larsen in Support of Plaintiffs' Motion for Civil Contempt in the above-captioned action, filed on November 19, 2023, No. 23-cv-3754-BAH. Due to their size and file format, Exhibits 1 and 2 cannot be filed electronically through the Court's ECF system. Therefore, slipsheets in place of each exhibit in MP4 format have been filed electronically through the Court's ECF system with the corresponding exhibit numbers identified below. Plaintiffs have also arranged for a thumb drive containing these video exhibits to be delivered to Chambers for the Court's convenience, containing copies of Exhibits 1 and 2 in their MP4 format. Plaintiff will also serve copies of Exhibits 1 and 2 on Defendants, if the parties have not agreed otherwise, by mail or by hand delivery.

| Video Exhibit Number | Description | Location |
|---|---|---|
| Exhibit 1 | November 12, 2024 episode of *America's Mayor Live* titled *America's Mayor Live (537):* | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the |

1

|  | *Live Coverage of Trump Transition 2024: Day 7* | exhibit is not in a format that readily permits electronic filing. |
|---|---|---|
| Exhibit 2 | November 14, 2024 episode of *America's Mayor Live* titled *America's Mayor Live (539): Live Coverage of Trump Transition 2024: Day 9* | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

Date: November 20, 2024        Respectfully submitted,

<u>By: /s/ Michael J. Gottlieb</u>
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan (1047269)
M. Annie Houghton-Larsen*
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8904
anathan@willkie.com
mhoughton-larsen@willkie.com

Rachel Goodman*
**UNITED TO PROTECT DEMOCRACY, INC.**
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Von A. DuBose*
**DUBOSE MILLER LLC**
75 14th Street NE, Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*