IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>RUDOLPH W. GIULIANI,<br><br>                      Defendants. | Civil Action No. 1:23-cv-03754 (BAH)<br><br>Senior Judge Beryl A. Howell |

**DECLARATION OF RACHEL GOODMAN IN SUPPORT OF MOTION <u>FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

I, Rachel Goodman, hereby declare:

    1.    My name, office address, and telephone number are as follows:

Rachel Elizabeth Goodman
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582

    2.    I have been admitted to the following courts and bars:

New York State Bar (Bar ID: 4879458)
U.S. District Court for the Eastern District of Michigan
U.S. District Court for the Eastern District of New York
U.S. District Court for the Southern District of New York
U.S. District Court for the Western District of Wisconsin
U.S. Court of Appeals, District of Columbia
U.S. Court of Appeals, First Circuit (Bar ID: 184270)
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Eleventh Circuit

    3.    I am currently in good standing with all states, courts, and bars in which I am a

part.  I hereby certify that I have not been disciplined by any bar.

    4.    I have not been admitted once *pro hac vice* in this Court within the past two years.

    5.    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2024

*Rachel Goodman* (signature)

Rachel Goodman
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
Fax: (202) 769-3176
rachel.goodman@protectdemocracy.org