IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 1:23-cv-03754 (BAH) <br><br> Senior Judge Beryl A. Howell |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RACHEL GOODMAN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Rachel Goodman *pro hac vice*. Upon consideration of the motion, the court grants attorney Rachel Goodman *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.


Dated:  _____
BERYL A. HOWELL
Senior Judge


**SERVICE LIST**:

Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
212-728-8904
Email: anathan@willkie.com

John Langford
PROTECT DEMOCRACY

555 W. 5th St.
Los Angeles, CA 90013
919-619-9819
Email: john.langford@protectdemocracy.org

Meryl Conant Governski
WILLKIE FARR & GALLAGHER LLP
1875 K Street
Suite 100
Washington, DC 20006
(202) 303-1016
Fax: (202) 303-2000
Email: MGovernski@willkie.com

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER, LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1442
Fax: (202) 303-2442
Email: mgottlieb@willkie.com

*Counsel for Plaintiff*