IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLF W. GIULIANI, <br><br> Defendants. | Civil Action No. 1:23-cv-03754 (BAH) <br><br> Senior Judge Beryl A. Howell |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), attorney Brittany Williams seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Brittany Williams, filed herewith. As set forth in the Declaration, Ms. Williams is admitted and an active member in good standing of the following bars: Massachusetts State Bar; and U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Aaron E. Nathan, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Brittany Williams to appear *pro hac vice* in this matter.

Dated this 2 day of December 2024

/s/ Aaron E. Nathan
Aaron E. Nathan (DC Bar No. 1047269)
WILLKIE FARR & GALLAHER LLP
787 Seventh Avenue

New York, NY 10019
Tel: (212) 728-8904
anathan@willkie.com

2