**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUBY FREEMAN, *et al*.,

           Plaintiffs,

    v.

RUDOLF W. GIULIANI,

           Defendants.

Civil Action No. 1:23-cv-03754 (BAH)

Senior Judge Beryl A. Howell

**DECLARATION OF BRITTANY WILLIAMS IN SUPPORT OF MOTION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Brittany Williams, hereby declare:

1.    My name, office address, and telephone number are as follows:

Brittany Marie Williams
UNITED TO PROTECT DEMOCRACY, INC.
15 Main St., Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582

2.    I have been admitted to the following courts and bars:

Massachusetts State Bar (Bar ID: 690783)
U.S. District Court for the District of Massachusetts (Bar ID: 690783)

3.    I am currently in good standing with all states, courts, and bars in which I am a

part. I hereby certify that I have not been disciplined by any bar.

4.    Within the last two years, I have been admitted *pro hac vice* in this Court in the

following case(s):

*Freeman, et al. v. Giuliani*, No. 1:21-cv-03354-BAH (D.D.C.)

5.    I do not engage in the practice of law from an office located in the District of

Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2024

Brittany Williams
UNITED TO PROTECT DEMOCRACY,
INC.
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
Fax: (202) 769-3176
brittany.williams@protectdemocracy.org