AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss <br> *Plaintiff* <br> v. <br> Rudolph W. Giuliani <br> *Defendant* | ) ) ) ) ) ) Case No. 1:23-cv-03754-BAH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea' Moss                               .

Date:   12/03/2024

/s/ Brittany Williams
*Attorney's signature*

Brittany Williams
*Printed name and bar number*
United to Protect Democracy, Inc.
15 Main Street, Suite 312
Watertown, MA 02472

*Address*

brittany.williams@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*