AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss <br> *Plaintiff* <br> v. <br> Rudolph W. Giuliani <br> *Defendant* | ) <br> ) <br> ) Case No. 1:23-cv-03754-BAH <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea' Moss.

Date: 12/03/2024

/s/ Rachel Goodman
*Attorney's signature*

Rachel Goodman
*Printed name and bar number*
United to Protect Democracy, Inc.
82 Nassau Street, #601
New York, NY 10038

*Address*

rachel.goodman@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*