UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                             Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                             Defendant. | No. 23-cv-3754-BAH |

### DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' NOTICE RE CIVIL CONTEMPT

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

3. I submit this declaration in support of Plaintiffs' Notice of Mr. Giuliani's Failure to File Any Response to Plaintiffs' Motion for Civil Contempt ("Motion").

4. A true and correct copy of the affidavit of service confirming service of the Motion and November 20, 2024 Order on Mr. Giuliani is attached hereto as Exhibit 1.

5. A true and correct copy of the proof of receipt from FedEx regarding service of the Motion is attached hereto as Exhibit 2.

6. A true and correct copy of an email from I sent to Mr. Giuliani's counsel on November 20, 2024 providing the Motion via email is attached hereto as Exhibit 3.

7.  A true and correct copy of the transcript of the November 26, 2024 hearing before the Southern District of New York is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2024.

s/ M. Annie Houghton-Larsen
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mhoughton-larsen@willkie.com

*Attorney for Ruby Freeman and Wandrea' Moss*