# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

    Defendant.

No. 23-cv-3754-BAH

## AFFIDAVIT OF SERVICE

I, Aaron E. Nathan, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss in the above-captioned action.

2. Pursuant to Paragraph 5 of the Joint Stipulation and Consent to Entry of Final Judgment, *see* ECF No. 14 at 3, on November 20, 2024, Defendant Rudolph W. Giuliani was served with a copy of the Motion for Contempt and accompanying documents (ECF No. 19); a copy of the Notice of Filling of Video Exhibits (ECF No. 20); a thumb drive bearing electronic copies of the video exhibits cited in the Motion; and a copy of the Court's November 20, 2024 Minute Order, by delivering the foregoing to FedEx for overnight delivery to Defendant's attention at 315 South Lake Drive, Unit 5D, Palm Beach, FL 33480.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2024.

                          s/ Aaron E. Nathan
                          Aaron E. Nathan (1047269)
                          **WILLKIE FARR & GALLAGHER LLP**
                          787 Seventh Avenue
                          New York, New York 10019
                          Tel: (212) 728-8904
                          anathan@willkie.com