# EXHIBIT 2



FedEx® Tracking



**DELIVERED**

# Thursday
11/21/24 at 10:45 AM

Signed for by: B.LURRY

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

[                                                                                                 ]

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
282043752358  ✏ ☆

**FROM**
Washington, DC US

*Label Created*
11/20/24 11:05 AM

**WE HAVE YOUR PACKAGE**
WASHINGTON, DC
11/20/24 5:25 PM

**ON THE WAY**
LAKE WORTH, FL
11/21/24 8:28 AM

**OUT FOR DELIVERY**
LAKE WORTH, FL
11/21/24 8:57 AM

**DELIVERED**
Palm Beach, FL US

*Delivered*

 

↓ View travel history

## Shipment facts ∧

### 📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 282043752358 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ⓘ | 11/20/24 |
| **STANDARD TRANSIT** ⓘ | 11/21/24 before 12:00 PM |
| **DELIVERED** | 11/21/24 at 10:45 AM |

### 🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery |

### ⚖ Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to to

## Travel history ∧

**SORT BY DATE/TIME**

Ascending ▾

**Time zone**

Local Scan Time ▾



- 11:03 AM
  **Shipment information sent to FedEx**

- 5:25 PM
  **Picked up**
  WASHINGTON, DC

- 5:31 PM
  **Shipment arriving On-Time**
  WASHINGTON, DC

- 9:07 PM
  **Left FedEx origin facility**
  WASHINGTON, DC

Thursday, 11/21/24

- 12:03 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

- 4:09 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 7:02 AM
  **At destination sort facility**
  WEST PALM BEACH, FL

- 8:28 AM
  **At local FedEx facility**
  LAKE WORTH, FL

- 8:28 AM
  **At local FedEx facility**
  LAKE WORTH, FL

- 8:57 AM
  **On FedEx vehicle for delivery**
  LAKE WORTH, FL

- 10:45 AM
  **Delivered**
  Palm Beach, FL

- 10:45 AM
  **Delivered**
  Palm Beach, FL

↑ Back to top

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility





**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX**      

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices