UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI,

        Defendant.

No. 23-cv-3754-BAH

**AFFIDAVIT OF SERVICE**

    I, Aaron E. Nathan, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

    2.    Pursuant to Paragraph 5 of the Joint Stipulation and Consent to Entry of Final Judgment, *see* ECF No. 14 at 3, on December 3, 2024, Defendant Rudolph W. Giuliani was served with copies of Plaintiffs' Motion for Admission of Attorney Rachel Goodman *Pro Hac Vice* with the declaration and exhibits attached thereto (ECF No. 22); Motion for Admission of Attorney Brittany Williams *Pro Hac Vice* with the declaration and exhibits attached thereto (ECF No. 23); Notice of Appearance by Brittany Williams on behalf of the Plaintiffs (ECF No. 24); Notice of Appearance by Rachel Goodman on behalf of the Plaintiffs (ECF No. 25); and Notice of Mr. Giuliani's Failure to File Any Response to Plaintiffs' Motion for Contempt with the declaration and exhibits attached thereto (ECF No. 26) by delivering the foregoing to FedEx for overnight delivery to Defendant's attention at 315 South Lake Drive, Unit 5D, Palm Beach, FL 33480. The tracking number for the FedEx delivery is 282690784002.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2024.

s/ Aaron E. Nathan
Aaron E. Nathan (1047269)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8904
anathan@willkie.com
