# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN and WANDREA' MOSS,

    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

    Defendant.

No. 23-cv-3754-BAH

## AFFIDAVIT OF SERVICE

I, Aaron E. Nathan, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

2. Pursuant to Paragraph 5 of the Joint Stipulation and Consent to Entry of Final Judgment, *see* ECF No. 14 at 3, on December 4, 2024, Defendant Rudolph W. Giuliani was served with copies of this Court's Minute Orders (1) directing defendant Rudolph Giuliani to show cause why Plaintiffs' Motion for Civil Contempt should not be granted and (2) denying, without prejudice, defendant Rudolph W. Giuliani's letter request for an extension of time to respond to Plaintiffs' Motion for Civil Contempt by delivering the foregoing to FedEx for overnight delivery to Defendant's attention at 315 South Lake Drive, Unit 5D, Palm Beach, FL 33480. The tracking numbers for the FedEx deliveries are 282738279372 and 282759301733.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2024.

s/ Aaron E. Nathan
_____
Aaron E. Nathan (1047269)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8904
anathan@willkie.com
