**Leave to File Granted 12/9/2024**


_____
Beryl A. Howell
United States District Judge

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Received: 12/5/2024
Sent to Chambers: 12/9/2024

**TO:**  **Judge:** Howell

**RE:**  **Civil Action No.:** 1:23-cv-03754-BAH

Please indicate on the face of **each document** whether leave to file is granted or denied.

Thank you

ANGELA D. CAESAR, Clerk

By Deputy Clerk: Michele M. Grady

**Attachment(s) 1:**

*NOTE:* Defendant's Errata - closed case

CO-930A
(Rev. 07/29/10)

```
```
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF COLUMBIA  
-------------------------------------------------------------------------x

RUBY FREEMAN and WANDREA' MOSS,

                        Plaintiffs,

-against-                                          23-cv-3754-BAH

RUDOLPH W. GIULIANI,

                        Defendants.

-----------------------------------------------------------------------x

Leave to File Granted 12/9/2024

Beryl A. Howell  
United States District Judge

DEFENDANT'S MOTION TO ENLARGE THE TIME TO OPPOSE PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

    NOW COMES Defendant Rudolph Giuliani, pro se, to ask the Court to enlarge the time within which he may oppose within which he may file an opposition to Plaintiff's Motion for civil contempt and to provide a response to the Court's order to show cause requiring me to show cause on why I should not be held in civil contempt. Defendant Giuliani requests 30 days, so that he can find an attorney.

    Because this matter is part of the Court's electronic filing program, and because through inadvertent neglect, as discussed in the accompanying memorandum, no attorney in the Corporation Counsel's Office received notice of plaintiffs filing, no timely response was made to plaintiffs' dispositive motion.



RECEIVED  
DEC 5 2024  
Clerk, U.S. District & Bankruptcy  
Court for the District of Columbia

The undersigned reached out to Plaintiffs' counsel pursuant to Local Rule 7.1(m), and Plaintiffs' counsel, through Mr. Nathan, only agreed to adjournment of the opposition and hearing to the week of December 16, 2024. They oppose any further extension.

WHEREFORE, defendants request that the Court enlarge the time by 30 days within which he may file an opposition to Plaintiff's Motion for civil contempt and to provide a response to the Court's order to show cause requiring me to show cause on why I should not be held in civil contempt.

Respectfully submitted,

Rudolph W. Giuliani,
Defendant pro se
315 South Lake Drive, Unit 5D
Palm Beach, FL 33480