# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 23-cv-3754-BAH |

## AFFIDAVIT OF SERVICE

I, John Tyler Knoblett, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

2. Pursuant to Paragraph 5 of the Joint Stipulation and Consent to Entry of Final Judgment, *see* ECF No. 14 at 3, on December 9, 2024, Defendant Rudolph W. Giuliani was served with copies of (1) Defendant's Motion to Enlarge the Time to Oppose Plaintiff's Motion for Civil Contempt and Defendant's Response to the Court's Order to Show Cause with the declaration attached thereto (ECF No. 30), and (2) this Court's December 9, 2024 Minute Order Granting Defendant's Motion to Enlarge Time by delivering the foregoing to FedEx for overnight delivery to Defendant's attention at 315 South Lake Drive, Unit 5D, Palm Beach, FL 33480. The tracking number for the FedEx delivery is 283003790476. According to the tracking information provided on the FedEx website, this package was delivered to Mr. Giuliani's Palm Beach address at 11:34 a.m. on December 10, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2024.

/s/ John Tyler Knoblett
John Tyler Knoblett (1672514)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8904
anathan@willkie.com

2