## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUBY FREEMAN AND WANDREA MOSS, | ) ) ) | Case No. 23-cv-3754 |
| | ) | Honorable Beryll Howell |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RUDY GIULIANI | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Eden P. Quainton, who was admitted to this Court, hereby enters his appearance as counsel for Defendant RUDOLPH GIULIANI.

Dated: January 2, 2025

                                                          Respectfully Submitted,

                                                          EDEN P. QUAINTON, ESQ.
                                                          QUAINTON LAW, PLLC
                                                          D.C. Bar No. NY0318
                                                          2 Park Ave., 20th Fl.
                                                          New York, New York 10016
                                                          Telephone: (212) 419-0575
                                                          Eden.quainton@quaintonlaw.net

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                      /s/ Eden P. Quainton