## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUBY FREEMAN AND WANDREA MOSS, | ) ) ) | Case No. 23-cv-3754 |
| | ) | Honorable Beryll Howell |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RUDY GIULIANI | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as counsel for Defendant RUDOLPH GIULIANI.


Dated: January 2, 2025

                                             Respectfully Submitted,
                                             /s/ Jonathan Gross
                                             JONATHAN GROSS
                                             Bar ID: MD0162
                                             2833 Smith Ave., Suite 331
                                             Baltimore, MD 21209
                                             (443) 813-0141
                                             jonathansgross@gmail.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                      /s/ Jonathan Gross