# EXHIBIT 1

# Branton_Plaintiff Affirmatives_3

Designation List Report

 **Branton, Pamela**  2023-05-15

| Our Designations | 00:04:34 |
|---|---|
| **TOTAL RUN TIME** | **00:04:34** |



**Plaintiffs' Exhibit**
**PTX-589**
_____
C.A. No. 21-3354 (BAH)

ID: Branton

## Branton - Branton_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:09 - 6:17 | **Branton, Pamela 2023-05-15** | 00:00:08 | Branton.1 |
| | 6:09   MICHELLE BRANTON, <br> 6:10   called as a witness, having been duly sworn <br> 6:11   by a Notary Public, was examined and <br> 6:12   testified as follows: <br> 6:13   EXAMINATION BY <br> 6:14   MR. LANGFORD: <br> 6:15   Q.  Good morning.  Could you please state <br> 6:16   your full name for the record? <br> 6:17   A.  Pamela Michelle Parker Branton. | | |
| 7:05 - 7:08 | **Branton, Pamela 2023-05-15** | 00:00:06 | Branton.2 |
| | 7:05   Q.  Do you understand that your testimony <br> 7:06   today carries the same weight as testimony before a <br> 7:07   judge or jury? <br> 7:08   A.  Yes, I do. | | |
| 12:11 - 12:21 | **Branton, Pamela 2023-05-15** | 00:00:24 | Branton.3 |
| | 12:11   Q.  Have you ever worked as a poll watcher <br> 12:12   in an election? <br> 12:13   A.  Yes. <br> 12:14   Q.  How many times? <br> 12:15   A.  I worked during the 2020 election. <br> 12:16   That's the extent of it. <br> 12:17   Q.  When you say the 2020 election, was that <br> 12:18   for the 2020 presidential election? <br> 12:19   A.  Yes, that's correct. <br> 12:20   Q.  That was in November 2020? <br> 12:21   A.  Correct, yes. | | |
| 13:04 - 13:19 | **Branton, Pamela 2023-05-15** | 00:00:36 | Branton.4 |
| | 13:04   (Exhibit 2, Affidavit, marked for <br> 13:05   identification, as of this date.) <br> 13:06   Q.  You've been handed what's been marked <br> 13:07   Exhibit 2.  Do you recognize this document? <br> 13:08   A.  Yes, I do. <br> 13:09   Q.  What is this document? <br> 13:10   A.  This is an affidavit that was made after <br> 13:11   the presidential election in November 2020. <br> 13:12   Q.  If you flip to the last page, do you see <br> 13:13   your signature at the bottom? <br> 13:14   A.  Yes, I do. | | |

## Branton - Branton_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 13:15 | Q. | Can you just read the date at the bottom | | |
| | 13:16 | | there? | | |
| | 13:17 | A. | November 8, 2020. | | |
| | 13:18 | Q. | Going forward I will refer to this as | | |
| | 13:19 | | your affidavit or the affidavit. | | |
| 14:02 - 14:19 | **Branton, Pamela 2023-05-15** | | | 00:00:43 | Branton.5 |
| | 14:02 | Q. | Did you draft this affidavit? | | |
| | 14:03 | A. | Yes, I did. | | |
| | 14:04 | Q. | Did you have experience drafting | | |
| | 14:05 | | affidavits? | | |
| | 14:06 | A. | I worked in the law field for 20 years. | | |
| | 14:07 | Q. | In your work in the law field what was | | |
| | 14:08 | | your role? | | |
| | 14:09 | A. | I was a paralegal. | | |
| | 14:10 | Q. | So had you drafted affidavits before? | | |
| | 14:11 | A. | Numerous times, yes. | | |
| | 14:12 | Q. | Would you say roughly how many? | | |
| | 14:13 | A. | Over 20 years, probably thousands. | | |
| | 14:14 | Q. | So you're very familiar with the process | | |
| | 14:15 | | of preparing an affidavit? | | |
| | 14:16 | A. | Yes. | | |
| | 14:17 | Q. | Do you understand that when you execute | | |
| | 14:18 | | an affidavit you're under oath? | | |
| | 14:19 | A. | Yes, I do. | | |
| 19:18 - 20:04 | **Branton, Pamela 2023-05-15** | | | 00:00:30 | Branton.6 |
| | 19:18 | Q. | Ms. Branton, we just walked through the | | |
| | 19:19 | | chronology in your affidavit. Does your affidavit | | |
| | 19:20 | | say anything about the water leak? | | |
| | 19:21 | A. | No, it does not. | | |
| | 19:22 | Q. | If you had heard something about a water | | |
| | 19:23 | | leak that night, would you have included it in your | | |
| | 19:24 | | affidavit? | | |
| | 19:25 | A. | Yes, I would have. | | |
| | 20:01 | Q. | So if someone had told you you have to | | |
| | 20:02 | | leave because there's a water leak, you would have | | |
| | 20:03 | | put that in the affidavit? | | |
| | 20:04 | A. | That is correct, um-hmm. | | |
| 20:05 - 20:05 | **Branton, Pamela 2023-05-15** | | | 00:00:02 | Branton.7 |
| | 20:05 | Q. | In paragraph 7 you noted that a woman | | |

## Branton - Branton_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 20:06 - 20:21 | **Branton, Pamela 2023-05-15** | | | 00:00:43 | Branton.8 |
| | 20:06 | | you believed to be the supervisor told the election | | |
| | 20:07 | | workers to stop working and to return the next day | | |
| | 20:08 | | at 8:30 a.m. Is that accurate? | | |
| | 20:09 | A. | That is, yes. | | |
| | 20:10 | Q. | So when she shouted across the room it's | | |
| | 20:11 | | time to stop working, she was talking to the | | |
| | 20:12 | | election workers? | | |
| | 20:13 | A. | Correct, yes. | | |
| | 20:14 | Q. | Do you attest in this affidavit that | | |
| | 20:15 | | anyone told you you had to leave State Farm Arena? | | |
| | 20:16 | A. | Repeat that again. | | |
| | 20:17 | Q. | Do you attest anywhere in the affidavit | | |
| | 20:18 | | that anyone told you specifically that you had to | | |
| | 20:19 | | leave the State Farm Arena? | | |
| | 20:20 | A. | That is not in my affidavit. I did not. | | |
| | 20:21 | | No one told me that. | | |
| 20:22 - 21:04 | **Branton, Pamela 2023-05-15** | | | 00:00:16 | Branton.12 |
| | 20:22 | Q. | So, Ms. Branton, you did not attest that | | |
| | 20:23 | | you were kicked out of State Farm Arena? | | |
| | 20:24 | A. | That is correct. | | |
| | 20:25 | Q. | When you say that's correct, could | | |
| | 21:01 | | you -- you mean that it is correct that you were not | | |
| | 21:02 | | kicked out of State Farm Arena? | | |
| | 21:03 | A. | That is correct, I was not kicked out of | | |
| | 21:04 | | State Farm Arena. | | |
| 22:16 - 22:23 | **Branton, Pamela 2023-05-15** | | | 00:00:33 | Branton.9 |
| | 22:16 | Q. | To your knowledge, did anyone on | | |
| | 22:17 | | Mr. Giuliani's team ever reach out to you directly? | | |
| | 22:18 | A. | No, they have not reached out to me, but | | |
| | 22:19 | | when I received the subpoena, I did send an e-mail | | |
| | 22:20 | | to Joe Sibley inquiring as to what I should do or | | |
| | 22:21 | | if I can get assistance or response for assistance. | | |
| | 22:22 | | He e-mailed me back saying -- he referred me to the | | |
| | 22:23 | | RNC. | | |
| 23:15 - 23:17 | **Branton, Pamela 2023-05-15** | | | 00:00:11 | Branton.10 |
| | 23:15 | Q. | Did anyone on Former President Trump's | | |
| | 23:16 | | campaign ever try to reach out to you? | | |
| | 23:17 | A. | Not that I'm aware of, uh-uh. | | |

**Branton - Branton_Plaintiff Affirmatives_3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:02 - 25:13 | **Branton, Pamela 2023-05-15** | 00:00:22 | Branton.11 |

25:02  Q.  Ms. Branton, you testified that no one
25:03      kicked you out of the State Farm Arena on election
25:04      night 2020?
25:05  A.  That's correct.
25:06  Q.  And you testified that neither
25:07      Mr. Giuliani or anyone on his team ever reached out
25:08      to you?
25:09  A.  Correct.
25:10  Q.  If they had reached out to you, would
25:11      you have clarified for them that you were not kicked
25:12      out of State Farm Arena on November 3, 2020?
25:13  A.  Absolutely.

| Our Designations | 00:04:34 |
|---|---|
| **TOTAL RUN TIME** | **00:04:34** |