# EXHIBIT 2

# Braun_Plaintiff Affirmatives_3

Designation List Report

 **Braun, Frank**     **2023-05-05**

| Our Designations | 00:30:59 |
|---|---|
| **TOTAL RUN TIME** | **00:30:59** |



**Plaintiffs' Exhibit**
**PTX-590**

C.A. No. 21-3354 (BAH)

**ID: Braun**

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:09 - 6:11 | **Braun, Frank 2023-05-05** | 00:00:04 | Braun.1 |
| | 6:09  Q.  Could you please state your full name for
6:10       the record.
6:11  A.  Yes.  Frank Paul Brown, the III. | | |
| 9:13 - 9:20 | **Braun, Frank 2023-05-05** | 00:00:24 | Braun.2 |
| | 9:13  Q.  Where did you -- where did you start your
9:14       career?
9:15  A.  My professional career, I was in the air
9:16       force from 1985 to 1989, and then I was with DeKalb
9:17       Police starting in 1990, retiring after 28 years
9:18       from there.  Then I was with the Secretary of State
9:19       for some time, and now I'm with the Department of
9:20       Transportation. | | |
| 45:02 - 45:10 | **Braun, Frank 2023-05-05** | 00:00:27 | Braun.3 |
| | 45:02      Did there come a time that you recall
45:03      hearing accusations that election workers at the
45:04      State Farm Arena in Fulton County were excluding
45:05      observers under false pretenses?
45:06  A.  One of the complaints was that poll
45:07      watchers were asked to leave or were told to leave.
45:08  Q.  Do you recall if there was any accusations
45:09      regarding like a water leak of some kind?
45:10  A.  That was one of the complaints. | | |
| 45:20 - 46:04 | **Braun, Frank 2023-05-05** | 00:00:26 | Braun.4 |
| | 45:20  Q.  In this instance, with regards to the
45:21      accusation involving the State Farm Arena, was that
45:22      one investigation or multiple investigations?
45:23  A.  While I was with -- while I was employed
45:24      with the Secretary of State, I was investigating --
45:25      or the primary investigator for all the complaints.
46:01      But that was at that time.
46:02  Q.  So you were like the lead investigator on
46:03      --
46:04  A.  Yes. | | |
| 54:14 - 54:19 | **Braun, Frank 2023-05-05** | 00:00:12 | Braun.5 |
| | 54:14  Q.  In conducting the investigation
54:15      into the allegations we just discussed, did
54:16      investigators at the Secretary of State's Office
54:17      review any surveillance footage from the State Farm | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 54:18 | Arena on election night? | | |
| | 54:19 | A. Yes. | | |
| 58:24 - 59:21 | **Braun, Frank 2023-05-05** | | 00:01:00 | Braun.6 |
| | 58:24 | Q. Do you recall in total how long the | | |
| | 58:25 | surveillance footage was? | | |
| | 59:01 | A. It was from that morning, somewhere -- I | | |
| | 59:02 | don't have the time line -- somewhere around 5 | | |
| | 59:03 | o'clock, 5-ish, all the way until the end of the | | |
| | 59:04 | night when the election workers left, and that would | | |
| | 59:05 | have been later that night. I don't remember the | | |
| | 59:06 | exact time. | | |
| | 59:07 | Q. When did you -- so did -- did you | | |
| | 59:08 | personally review the video? | | |
| | 59:09 | A. Yes, sir. | | |
| | 59:10 | Q. Did you -- how much of the video did you | | |
| | 59:11 | review? | | |
| | 59:12 | A. I watched the whole thing. Whether it was | | |
| | 59:13 | frame by frame at certain points to get the timeline | | |
| | 59:14 | down, or whether or not I could speed it up just a | | |
| | 59:15 | little bit. Because at some points there's, there's | | |
| | 59:16 | more people there than others, and depending on what | | |
| | 59:17 | my investigation needed, again to get the timeline, | | |
| | 59:18 | I mean I looked at, you know, frame by frame, minute | | |
| | 59:19 | by minute, to do that part. | | |
| | 59:20 | Q. So you're -- | | |
| | 59:21 | A. But the whole day was looked at. | | |
| 65:25 - 69:13 | **Braun, Frank 2023-05-05** | | 00:04:49 | Braun.7 |
| | 65:25 | Q. Could you take a look at Paragraph 6 and | | |
| | 66:01 | could you read that a loud? | | |
| | 66:02 | A. Paragraph 6: "My investigators have | | |
| | 66:03 | interviewed witnesses and security footage of State | | |
| | 66:04 | Farm Arena between November 3 and 4, 2020. Our | | |
| | 66:05 | investigation discovered that observers and media | | |
| | 66:06 | were not asked to leave. They simply left on their | | |
| | 66:07 | own when they saw one group of workers, whose job | | |
| | 66:08 | was to only open envelopes and who had completed | | |
| | 66:09 | that task, also leave." | | |
| | 66:10 | Q. Can you explain your understanding | | |
| | 66:11 | regarding the conclusions of the investigation and | | |
| | 66:12 | to the allegations described here? | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 66:13 | A. | Yes. During -- while Fulton County | | |
| | 66:14 | | election employees were processing absentee ballots, | | |
| | 66:15 | | they had gotten into a routine, and they were | | |
| | 66:16 | | working from early in the morning until late that | | |
| | 66:17 | | night, around 10 o'clock or so. | | |
| | 66:18 | | Again, I apologize, I don't have the exact | | |
| | 66:19 | | timeline. But they had gotten into a routine. | | |
| | 66:20 | | As the absentee ballots come into the room | | |
| | 66:21 | | in State Farm Arena, they're processed in. There | | |
| | 66:22 | | was an administrative process for that. Then they | | |
| | 66:23 | | went to a cutter. The cutter, a large machine, | | |
| | 66:24 | | opened the envelopes up. | | |
| | 66:25 | | After the cutter opened up so many | | |
| | 67:01 | | envelopes, then those, those absentee ballots were | | |
| | 67:02 | | sent to the next section, where they would open the | | |
| | 67:03 | | contents of the ballot and they would separate them | | |
| | 67:04 | | and they would prepare them to go to the scanning | | |
| | 67:05 | | section. | | |
| | 67:06 | | So each team had their own individual jobs | | |
| | 67:07 | | to do. | | |
| | 67:08 | | At the end of the night, they had gotten | | |
| | 67:09 | | into a routine, and if the, if the cutter did not | | |
| | 67:10 | | have anything else to cut, the cutters would leave | | |
| | 67:11 | | because their day was over. The next section, once | | |
| | 67:12 | | they finished their task or their process, then they | | |
| | 67:13 | | would get up and leave. And then that would go on | | |
| | 67:14 | | throughout -- with the election employees. | | |
| | 67:15 | | It turned out to be the same with the poll | | |
| | 67:16 | | watchers and the media. Once they -- and basically | | |
| | 67:17 | | what it boiled down to was they assumed they were | | |
| | 67:18 | | wrapping up for the night. And then the poll | | |
| | 67:19 | | watchers -- all of the people who were in the | | |
| | 67:20 | | cordoned-off area for the media, the poll watchers, | | |
| | 67:21 | | whoever was over there, observers, they left. They | | |
| | 67:22 | | basically assumed that they were wrapping up for the | | |
| | 67:23 | | night, so they left. | | |
| | 67:24 | Q. | And do you have an understanding of why | | |
| | 67:25 | | the workers continued working after the observers | | |
| | 68:01 | | left? | | |
| | 68:02 | A. | The workers were planning on going home | | |
| | 68:03 | | because they had been there since 5 o'clock or so | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 68:04 | that morning, some of them had.  They were again in | | |
| | 68:05 | this routine when -- I'm not sure who at the | | |
| | 68:06 | Secretary of State's Office found out they had | | |
| | 68:07 | stopped working for that night.  Someone from the | | |
| | 68:08 | Secretary of State's Office called, I believe it was | | |
| | 68:09 | Rick Barron, who was the elections director for | | |
| | 68:10 | Fulton County.  I was with Director Barron at the | | |
| | 68:11 | Fulton County warehouse at the time.  And Director | | |
| | 68:12 | Barron made a phone call to Ralph Jones, who was | | |
| | 68:13 | either at State Farm Arena or was -- I believe he | | |
| | 68:14 | was at State Farm Arena at the time. | | |
| | 68:15 | And you can see the phone call on video. | | |
| | 68:16 | So they had already started wrapping up | | |
| | 68:17 | for the night.  They were already securing the | | |
| | 68:18 | ballot boxes, placing them out of the way, where -- | | |
| | 68:19 | up under the table, so the workers that came in the | | |
| | 68:20 | next day would know where to start, because that was | | |
| | 68:21 | kind of the starting point, the ballot boxes that | | |
| | 68:22 | were secured under the tables. | | |
| | 68:23 | And when Ralph Jones got the phone call, | | |
| | 68:24 | it was basically you need to go ahead and finish | | |
| | 68:25 | everything that you have there that night. | | |
| | 69:01 | So Ralph Jones told the workers that were | | |
| | 69:02 | there, because everyone else in those sections | | |
| | 69:03 | before them had finished their work and left, and | | |
| | 69:04 | you can see Ralph get the phone call, and then Ralph | | |
| | 69:05 | tells the remaining employees, we got, we got to | | |
| | 69:06 | finish everything up here, basically. | | |
| | 69:07 | I'm paraphrasing for him. | | |
| | 69:08 | We need to continue working.  They want us | | |
| | 69:09 | to continue standing.  And you see the workers just, | | |
| | 69:10 | click, turn around, and they start getting | | |
| | 69:11 | everything out again that they had just tucked away, | | |
| | 69:12 | and they start working again.  They open the ballot | | |
| | 69:13 | boxes and they start scanning again. | | |
| 69:14 - 69:23 | **Braun, Frank 2023-05-05** | | 00:00:36 | Braun.8 |
| | 69:14 | Q.  Those ballot boxes that were put under the | | |
| | 69:15 | table, do you have an understanding whether they | | |
| | 69:16 | were put under the table when the media and | | |
| | 69:17 | observers were still in the room? | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 69:18 | A. | The -- again, I don't have my timeline | | |
| | 69:19 | | with me, but the ballot boxes that were pulled out | | |
| | 69:20 | | after the poll watchers left earlier in the day had | | |
| | 69:21 | | been sitting on top of the table while the poll | | |
| | 69:22 | | watchers and the news media was still in the room. | | |
| | 69:23 | Q. | Can you take a look at Paragraph 7. | | |
| 69:24 - 71:02 | **Braun, Frank 2023-05-05** | | | 00:01:27 | Braun.9 |
| | 69:24 | | Could you read the first sentence there that starts "Our | | |
| | 69:25 | | investigation." | | |
| | 70:01 | A. | No. 7: "Our investigation and review of | | |
| | 70:02 | | the entire security footage revealed that there were | | |
| | 70:03 | | no mystery ballots that were brought in from an | | |
| | 70:04 | | unknown location and hidden under tables as has been | | |
| | 70:05 | | reported by some." | | |
| | 70:06 | Q. | What's your understanding with regards to | | |
| | 70:07 | | the investigation into whether there were mystery | | |
| | 70:08 | | ballots brought in from an unknown location and | | |
| | 70:09 | | hidden under the tables? | | |
| | 70:10 | A. | It didn't occur. The ballots that came to | | |
| | 70:11 | | State Farm Arena came from the Fulton County | | |
| | 70:12 | | elections office. The absentee ballot went to | | |
| | 70:13 | | Fulton County elections office first, where those | | |
| | 70:14 | | employees did what -- their part of the processing, | | |
| | 70:15 | | and then at that point they were transported from | | |
| | 70:16 | | Fulton County elections office to State Farm Arena. | | |
| | 70:17 | | From what I can recall, while they were | | |
| | 70:18 | | being transported, they were also followed by some | | |
| | 70:19 | | form of law enforcement officer. Whether it be -- I | | |
| | 70:20 | | think I saw Fulton County Sheriff's Department. I | | |
| | 70:21 | | don't know which law enforcement agencies were | | |
| | 70:22 | | involved, but I know when I saw -- when I was at the | | |
| | 70:23 | | warehouse and I saw absentee ballots come in they | | |
| | 70:24 | | were escorted by an armed law enforcement officer. | | |
| | 70:25 | Q. | So there was a chain of custody for those | | |
| | 71:01 | | ballots? | | |
| | 71:02 | A. | Yes. | | |
| 77:15 - 77:20 | **Braun, Frank 2023-05-05** | | | 00:00:26 | Braun.10 |
| | 77:15 | Q. | Do you have a recollection whether or not | | |
| | 77:16 | | the Secretary of State's Office updated the public | | |
| | 77:17 | | on the status of investigations? | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 77:18 | A. I do remember at one point Mr. Sterling | | |
| | 77:19 | giving media interviews and I guess discussing facts | | |
| | 77:20 | or observations about complaints. So, yes. | | |
| 82:14 - 83:10 | **Braun, Frank 2023-05-05** | | 00:00:51 | Braun.11 |
| | 82:14 | Q. Have you been in the room that's depicted | | |
| | 82:15 | on the State Farm Arena video? | | |
| | 82:16 | A. Yes. | | |
| | 82:17 | Q. Based on your personal experience, is it | | |
| | 82:18 | -- it is accurate to say that it's obvious that | | |
| | 82:19 | there are cameras everywhere? | | |
| | 82:20 | A. Yes. | | |
| | 82:21 | Q. Can you describe why it's really obvious? | | |
| | 82:22 | A. You can see where the cameras are mounted | | |
| | 82:23 | or where they are in the room. Plus it's common | | |
| | 82:24 | knowledge that you're on video. | | |
| | 82:25 | Q. Was it -- is it your understanding that | | |
| | 83:01 | the election workers knew they were on video? | | |
| | 83:02 | A. Yes. | | |
| | 83:03 | Q. What's the basis of that knowledge? | | |
| | 83:04 | A. That -- because I heard -- you know, when | | |
| | 83:05 | you're in there, you hear discussion talking about, | | |
| | 83:06 | you know, the video cameras. | | |
| | 83:07 | Q. And so is it consistent with your own | | |
| | 83:08 | personal knowledge that the election workers would | | |
| | 83:09 | have known they were being watched? | | |
| | 83:10 | A. Yes. | | |
| 83:11 - 85:04 | **Braun, Frank 2023-05-05** | | 00:02:29 | Braun.12 |
| | 83:11 | Q. If you could turn to Page 10. If you | | |
| | 83:12 | could read aloud from Lines 1 to 10. | | |
| | 83:13 | A. Okay. Page 10: "And then you saw the | | |
| | 83:14 | process they're doing. Essentially what happened, | | |
| | 83:15 | the elections director called the absentee | | |
| | 83:16 | coordinator saying we're not shutting down. Tell | | |
| | 83:17 | them they got to go back to work because the | | |
| | 83:18 | counting people thought they were also getting to go | | |
| | 83:19 | home. So they were kind of disappointed. So you | | |
| | 83:20 | see him on his phone. He walks over them. They | | |
| | 83:21 | kind of shrugged their shoulders like crap, we got | | |
| | 83:22 | to go back to work again. So they started doing | | |
| | 83:23 | that." | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 83:24 | Q. Based on your personal knowledge of the | | |
| | 83:25 | investigation, is Mr. Sterling's statement here | | |
| | 84:01 | accurate? | | |
| | 84:02 | A. Yes. | | |
| | 84:03 | Q. And what's the basis for that knowledge? | | |
| | 84:04 | A. Because on the video you can see when | | |
| | 84:05 | Ralph gets the phone call. His -- I mean you could | | |
| | 84:06 | just look at him, and it's almost like he's like, my | | |
| | 84:07 | goodness, kind of shoulders down. You know, you can | | |
| | 84:08 | just see his demeanor. | | |
| | 84:09 | And then he pauses and you can see him | | |
| | 84:10 | speaking with the employees, and as you're watching | | |
| | 84:11 | this, you're expecting them to, you know, revolt, | | |
| | 84:12 | but they don't. They just -- right after he says | | |
| | 84:13 | it, they start working again. | | |
| | 84:14 | Q. Did you interview Mr. Jones? | | |
| | 84:15 | A. I've spoken with Mr. Jones many times. | | |
| | 84:16 | But in reference to this, he was one of the | | |
| | 84:17 | individuals or Fulton County election workers that | | |
| | 84:18 | the FBI and the GBI and someone with the Secretary | | |
| | 84:19 | of State interviewed. | | |
| | 84:20 | Q. And do you have an understanding what he | | |
| | 84:21 | said with regards to why they started counting | | |
| | 84:22 | ballots again? | | |
| | 84:23 | A. That he was directed to by his supervisor. | | |
| | 84:24 | Q. And who's that supervisor? | | |
| | 84:25 | A. Would have been -- would have been Rick | | |
| | 85:01 | Barron, Fulton County elections director. | | |
| | 85:02 | Q. And when Mr. Sterling references the | | |
| | 85:03 | absentee coordinator, is that Mr. Jones? | | |
| | 85:04 | A. Yes. | | |
| 89:15 - 90:02 | **Braun, Frank 2023-05-05** | | 00:00:31 | Braun.13 |
| | 89:15 | Q. So you've been handed what has been marked | | |
| | 89:16 | Exhibit 6, which is a transcript of a press | | |
| | 89:17 | conference by Secretary of State Brad Raffensperger | | |
| | 89:18 | and Mr. Gabriel Sterling, which occurred on December | | |
| | 89:19 | 7, 2020, in which they both addressed a number of | | |
| | 89:20 | the allegations about State Farm Arena, which we | | |
| | 89:21 | discussed. | | |
| | 89:22 | Do you have a recollection of that press | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 89:23 | conference? | | |
| | 89:24 | A. I saw portions of it. | | |
| | 89:25 | Q. Do you recall if the press conference was | | |
| | 90:01 | aired live? | | |
| | 90:02 | A. I believe it was. | | |
| 91:21 - 92:16 | **Braun, Frank 2023-05-05** | | 00:00:53 | Braun.14 |
| | 91:21 | Q. Mr. Sterling says: "So, Rick got off the | | |
| | 91:22 | phone call. Then, you see Ralph Jones, at State | | |
| | 91:23 | Farm Arena, getting a phone call around that time, | | |
| | 91:24 | as he's literally, with blue seals in his hand, to | | |
| | 91:25 | seal up these containers. And you can see his | | |
| | 92:01 | shoulder is kind of slumped for a second, and he | | |
| | 92:02 | goes over and does some more work on the side, I | | |
| | 92:03 | think ginning up the courage to go tell these | | |
| | 92:04 | workers, who had been there all day, 'Hey guys, we | | |
| | 92:05 | have to stay here longer, to keep scanning at least | | |
| | 92:06 | the batches we have. | | |
| | 92:07 | "So, you could watch all this happen. You | | |
| | 92:08 | could see it from the beginning to the end." | | |
| | 92:09 | Based on your personal knowledge, is Mr. | | |
| | 92:10 | Sterling's statements here truthful and accurate? | | |
| | 92:11 | A. Yes. | | |
| | 92:12 | Q. Line 11, where Mr. Sterling says that you | | |
| | 92:13 | can see Ralph Jones at the State Farm Arena getting | | |
| | 92:14 | a phone call, based on your personal knowledge, is | | |
| | 92:15 | that true? | | |
| | 92:16 | A. Yes. | | |
| 93:07 - 93:12 | **Braun, Frank 2023-05-05** | | 00:00:11 | Braun.15 |
| | 93:07 | Q. And Line 21 where Mr. Sterling says: | | |
| | 93:08 | "So, you could watch all this happen. You could see | | |
| | 93:09 | it from the beginning to the end," does that match | | |
| | 93:10 | your own account and review of the State Farm Arena | | |
| | 93:11 | video? | | |
| | 93:12 | A. Yes. | | |
| 94:01 - 94:16 | **Braun, Frank 2023-05-05** | | 00:00:44 | Braun.16 |
| | 94:01 | Q. Is Mr. Sterling accurate when he says that | | |
| | 94:02 | you can watch the water leak? | | |
| | 94:03 | A. I saw the water puddle when the video | | |
| | 94:04 | turned on that morning, is what I saw from the | | |
| | 94:05 | video. | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:06 Q. If you could jump down to Line 12 there. | | |
| | 94:07 Mr. Sterling says: "So, you'll see, when they walk | | |
| | 94:08 in and they see the obvious water leak on the floor; | | |
| | 94:09 you will see, when they move all the stuff out of | | |
| | 94:10 the way; you will see the Zamboni little carpet | | |
| | 94:11 drier thingy driving around. I mean, you can see | | |
| | 94:12 all these things happen. You can see the table get | | |
| | 94:13 put in place." | | |
| | 94:14 Is Mr. Sterling's testimony consistent | | |
| | 94:15 with your own review of the State Farm Arena video? | | |
| | 94:16 A. Yes. | | |
| 94:21 - 95:17 | **Braun, Frank 2023-05-05** | 00:01:00 | Braun.17 |
| | 94:21 Q. And Mr. Sterling is accurate when he says, | | |
| | 94:22 "you can see all these things happen on the video"? | | |
| | 94:23 A. Yes. | | |
| | 94:24 Q. On that same page, at Line 19, could you | | |
| | 94:25 please read aloud from Line 19 to Line 24? | | |
| | 95:01 A. Page Line, Line 24: "And what's real | | |
| | 95:02 frustrating is the President's attorney had this | | |
| | 95:03 same videotape. They saw the exact same things the | | |
| | 95:04 rest of us could see, and they chose to mislead | | |
| | 95:05 state senators and the public about what was on that | | |
| | 95:06 video." | | |
| | 95:07 Q. Do you have an understanding of what Mr. | | |
| | 95:08 Sterling meant here? | | |
| | 95:09 A. I believe I can interpret that from what | | |
| | 95:10 he's saying. | | |
| | 95:11 Q. When he refers to the President's | | |
| | 95:12 attorneys, do you know who he's referring to? | | |
| | 95:13 A. Mr. Giuliani. | | |
| | 95:14 Q. And when he says they had the same | | |
| | 95:15 videotape, is it your understanding he's referring | | |
| | 95:16 to the State Farm Arena video? | | |
| | 95:17 A. Yes. | | |
| 98:23 - 99:20 | **Braun, Frank 2023-05-05** | 00:00:55 | Braun.18 |
| | 98:23 Q. On the same page on Line 14, Mr. Sterling | | |
| | 98:24 says: "Now, I understand the frustration, | | |
| | 98:25 especially on the Republican side, because, as I | | |
| | 99:01 said before, everybody in that room thought they | | |
| | 99:02 were getting to go home. The press -- I mean, the | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 99:03 workers were leaving, the press is like, 'Well, we | | |
| | 99:04 may go ahead and leave.' There's no reason that the | | |
| | 99:05 election workers couldn't think -- I mean the | | |
| | 99:06 observers couldn't think the same thing. They were | | |
| | 99:07 all literally boxing things up and putting seals | | |
| | 99:08 on." | | |
| | 99:09 And then he says: "The doors were not | | |
| | 99:10 locked. Nobody was kept out." | | |
| | 99:11 Is it consistent with your understanding | | |
| | 99:12 of the investigation that the doors were not locked? | | |
| | 99:13 A. That's true. | | |
| | 99:14 Q. Is it consistent with your understanding | | |
| | 99:15 of the investigation that no one was kept out? | | |
| | 99:16 A. No one was kept out. | | |
| | 99:17 Q. So anyone that -- any observers that | | |
| | 99:18 wanted to reenter State Farm Arena could do so at | | |
| | 99:19 any time; is that right? | | |
| | 99:20 A. Yes. | | |
| 102:15 - 103:03 | **Braun, Frank 2023-05-05** | 00:00:46 | Braun.19 |
| | 102:15 Q. Line 4, on Page 7. | | |
| | 102:16 Where he says: "The secret suitcase of | | |
| | 102:17 magic ballots were actually ballots that had been | | |
| | 102:18 packed into those absentee ballot carriers by the | | |
| | 102:19 workers, in plain view of the monitors and the | | |
| | 102:20 press," does that align with your own investigative | | |
| | 102:21 findings? | | |
| | 102:22 A. Yes. | | |
| | 102:23 Q. And the ballots were not in secret -- were | | |
| | 102:24 not in secret suitcases with magic ballots? | | |
| | 102:25 A. No. You can watch the video and see the | | |
| | 103:01 ballots -- the ballot box on top of the table and go | | |
| | 103:02 to the other video camera that shows monitors, | | |
| | 103:03 watchers, and the media there, all at the same time. | | |
| 112:18 - 112:21 | **Braun, Frank 2023-05-05** | 00:00:11 | Braun.20 |
| | 112:18 Q. Based on your review of the State Farm | | |
| | 112:19 Arena video, what does the video show? | | |
| | 112:20 A. The video shows election workers doing | | |
| | 112:21 their job, working hard. | | |
| 129:15 - 129:15 | **Braun, Frank 2023-05-05** | 00:00:02 | Braun.21 |
| | 129:15 So this will be Exhibit 9. | | |

## Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:16 - 129:17 | **Braun, Frank 2023-05-05** | 00:00:05 | Braun.22 |
| | 129:16    Which is a transcript of the deposition of Mr. James P.<br>129:17    Callaway. | | |
| 129:21 - 129:23 | **Braun, Frank 2023-05-05** | 00:00:07 | Braun.23 |
| | 129:21  Q.  Do you see on that front page if there's a<br>129:22      date?<br>129:23  A.  May 5th, 2021. | | |
| 130:01 - 130:05 | **Braun, Frank 2023-05-05** | 00:00:16 | Braun.24 |
| | 130:01  Q.  Are you familiar with the fact that Mr.<br>130:02      Callaway was deposed in connection with this case?<br>130:03  A.  I heard he was deposed. I didn't know --<br>130:04      I heard it was this case but I didn't know which<br>130:05      portion. | | |
| 130:12 - 130:13 | **Braun, Frank 2023-05-05** | 00:00:05 | Braun.25 |
| | 130:12  Q.  Okay. Could you take a look at Page 30.<br>130:13      It's a ways in. | | |
| 130:14 - 130:17 | **Braun, Frank 2023-05-05** | 00:00:14 | Braun.26 |
| | 130:14      Do you see Line 17, where Mr. Callaway is<br>130:15      asked: "Okay. So you see Ms. Ruby take them off<br>130:16      the scanner after scanning them?"<br>130:17  A.  Yes. | | |
| 131:08 - 133:07 | **Braun, Frank 2023-05-05** | 00:02:38 | Braun.27 |
| | 131:08  Q.  And then could you take a look on the next<br>131:09      page and read from Line 2 to Line 5?<br>131:10  A.  Page 31, Line 2: "Okay. You see she's --<br>131:11      "That she's loading it. It jams up. She<br>131:12      never pushes accept. She reloads them and does it<br>131:13      again."<br>131:14  Q.  And then could you -- well, these two<br>131:15      statements that you just read, do you understand<br>131:16      what Mr. Callaway is talking about here?<br>131:17  A.  Yes.<br>131:18  Q.  And what is he talking about?<br>131:19  A.  He's talking about at the end of the<br>131:20      evening when State Farm employees were told to start<br>131:21      working again. I -- I remember what I was told,<br>131:22      Ruby was given a quick tutorial on the scanner. I<br>131:23      don't know if that was the first time she had been<br>131:24      introduced to it, but I remember it was a quick | | |

## Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 131:25 | tutorial, from someone on the staff there, and she | | |
| | 132:01 | was asked to scan. And if you watch the video, you | | |
| | 132:02 | can tell that she's having difficulty getting -- I | | |
| | 132:03 | know at least one batch to scan. You know, she | | |
| | 132:04 | tries and tries. | | |
| | 132:05 | And if you watch the video, you can even | | |
| | 132:06 | see -- it appears to me she gets frustrated, because | | |
| | 132:07 | I felt frustrated for her while she was trying to do | | |
| | 132:08 | it. | | |
| | 132:09 | But that's what I believe that's what | | |
| | 132:10 | that's referring to. | | |
| | 132:11 Q. | And when -- do you understand what he | | |
| | 132:12 | means when he says it was jammed up? | | |
| | 132:13 A. | Well, the scanner -- you can see the | | |
| | 132:14 | scanner stop. I mean you can see, you know, the | | |
| | 132:15 | paper is going through, the ballot is going through, | | |
| | 132:16 | and then it stops. And you can tell that there's | | |
| | 132:17 | still a portion of that batch left. | | |
| | 132:18 | So I don't remember if it jammed at the | | |
| | 132:19 | bottom or top. I just know it stopped. And then | | |
| | 132:20 | the election employee, or Ms. Ruby, would have to | | |
| | 132:21 | figure out, okay, why? What's the machine telling | | |
| | 132:22 | me and how to resolve it. | | |
| | 132:23 Q. | And when the ballots are going through and | | |
| | 132:24 | they're stopped, is it your understanding that | | |
| | 132:25 | they're not counted at that point? | | |
| | 133:01 A. | They are -- they are not counted -- well, | | |
| | 133:02 | I know that what I was taught that you have to hit | | |
| | 133:03 | the "accept" button for it to take in that data, I | | |
| | 133:04 | guess. So I don't know where that data is stored | | |
| | 133:05 | while it's scanning it, but then at some point when | | |
| | 133:06 | you hit the button, that data is allowed to download | | |
| | 133:07 | the best onto the memory card that's on the scanner. | | |
| 133:08 - 133:14 | **Braun, Frank 2023-05-05** | | 00:00:29 | Braun.28 |
| | 133:08 Q. | And on the same page there, 31, could you | | |
| | 133:09 | read, could you read from Line 11 where it says, | | |
| | 133:10 | "You have," down to the end of Line 14? | | |
| | 133:11 A. | Page 31, No. 11: "You have to wait until | | |
| | 133:12 | it properly scans all of them without errors or | | |
| | 133:13 | jams, and then after that's done, then you go to | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 133:14 | your touchscreen and hit accept." | | |
| 133:21 - 134:13 | **Braun, Frank 2023-05-05** | | 00:00:52 | Braun.29 |
| | 133:21 Q. | What is your view as to the accuracy of | | |
| | 133:22 | Mr. Callaway's statement here? | | |
| | 133:23 A. | Which part? | | |
| | 133:24 Q. | That "you have to wait until it properly | | |
| | 133:25 | scans all of them without errors or jams, and then | | |
| | 134:01 | after that's done, then you go to your touchscreen | | |
| | 134:02 | and hit accept." | | |
| | 134:03 A. | Yes.  Sometimes when it stops there's | | |
| | 134:04 | times when you can fix it in the middle of that | | |
| | 134:05 | scan, and there's other times when you have to | | |
| | 134:06 | reload the entire batch. | | |
| | 134:07 Q. | And when Ms. -- when Ms. Freeman was | | |
| | 134:08 | having these issues with her machine and was getting | | |
| | 134:09 | frustrated, is it your understanding that she -- the | | |
| | 134:10 | ballots weren't counted until she hit accept? | | |
| | 134:11 A. | Yes.  It's my understanding when you hit | | |
| | 134:12 | accept, the information -- the data goes to the | | |
| | 134:13 | memory card that's in the scanner. | | |
| 134:14 - 134:21 | **Braun, Frank 2023-05-05** | | 00:00:22 | Braun.30 |
| | 134:14 Q. | On Page 31, Line 3 and 4, Mr. Callaway | | |
| | 134:15 | says:  "She's loading it.  It jams up.  She never | | |
| | 134:16 | pushes accept." | | |
| | 134:17 | Is it your understanding that Ms. Freeman | | |
| | 134:18 | never hit accept when these ballots were being | | |
| | 134:19 | scanned multiple times? | | |
| | 134:20 A. | There was no evidence to suggest she hit | | |
| | 134:21 | the "accept" button. | | |
| 135:25 - 136:03 | **Braun, Frank 2023-05-05** | | 00:00:07 | Braun.31 |
| | 135:25 Q. | When you reviewed that video, did you see | | |
| | 136:01 | -- would you describe it as normal ballot | | |
| | 136:02 | processing? | | |
| | 136:03 A. | Yes. | | |
| 138:09 - 138:13 | **Braun, Frank 2023-05-05** | | 00:00:10 | Braun.32 |
| | 138:09 Q. | Based on your personal review of the | | |
| | 138:10 | State Farm Arena video, what were your conclusions | | |
| | 138:11 | with regard to the allegation that ballots were | | |
| | 138:12 | counted multiple times? | | |

Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 138:13  A.  There was no evidence of that. | | |
| 140:02 - 140:02 | **Braun, Frank 2023-05-05** | 00:00:05 | Braun.33 |
| | 140:02  Q.  Could you take a look at Exhibit 6. | | |
| 140:03 - 141:14 | **Braun, Frank 2023-05-05** | 00:01:44 | Braun.34 |

140:03  A.  Okay.
140:04  Q.  And if you could turn to Page 12.
140:05       As a reminder, this is a transcript from a
140:06       press conference that Secretary Brad Raffensperger
140:07       and Gabriel Sterling gave on December 7, 2020.
140:08       And it reads -- a journalist asked Mr.
140:09       Sterling, starting on Line 10: "So, the one I keep
140:10       hearing over and over is a woman scanning ballots
140:11       over and over again.  Can you explain whether the
140:12       machines can count a ballot three times?"
140:13       And Mr. Sterling responds:  "Well, if it
140:14       counted it five times, guess what?  It would have
140:15       shown up in the hand count.  Because if you do the
140:16       same batch -- and let's say -- I don't even know how
140:17       many there were -- 100, 200, whatever it was -- and
140:18       you do it three times, they would have been 600 --
140:19       "they would have been 600 off on that, on the hand
140:20       count; they weren't."
140:21       Based on your personal knowledge of the
140:22       investigation, is Mr. Sterling's statement "if they
140:23       counted it five times, guess what?  It would have
140:24       shown up in the hand count" accurate?
140:25  A.  Yes.
141:01  Q.  And based on your personal knowledge and
141:02       investigation, is Mr. Sterling correct if you scan
141:03       200 ballots three times they would have been 600 off
141:04       and on the hand recount -- or on the hand count,
141:05       they weren't?
141:06  A.  That's correct.
141:07  Q.  Do you have an understanding as to what
141:08       the hand recount and the machine recount showed with
141:09       regards to the allegation that they were counting
141:10       the ballots multiple times?
141:11  A.  Yes.  It showed that there were no -- that
141:12       the accusation against Ms. Freeman scanning those
141:13       batch of ballots over and over again were not

## Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 141:14    accurate. | | |
| 167:10 - 167:23 | **Braun, Frank 2023-05-05** | 00:00:41 | Braun.35 |
| | 167:10  Q.  So you've been handed what has been marked | | |
| | 167:11       Exhibit 16 -- sorry.  13, Exhibit 13. | | |
| | 167:12       Do you recognize this document? | | |
| | 167:13  A.  Yes. | | |
| | 167:14  Q.  What is it? | | |
| | 167:15  A.  This is an Investigative Division report | | |
| | 167:16       from Secretary of State, and ROI, case number -- | | |
| | 167:17       Fulton County - Poll Worker Fraud, gives the case | | |
| | 167:18       number and the investigator's name. | | |
| | 167:19  Q.  Were you involved in this investigation? | | |
| | 167:20  A.  Yes. | | |
| | 167:21  Q.  In what capacity? | | |
| | 167:22  A.  I started working this initially.  I was | | |
| | 167:23       the primary investigator initially. | | |
| 168:14 - 169:19 | **Braun, Frank 2023-05-05** | 00:01:25 | Braun.36 |
| | 168:14  Q.  Could you flip to Page 9 below, where it | | |
| | 168:15       says "Investigative Findings"? | | |
| | 168:16  A.  Yes. | | |
| | 168:17  Q.  Could you read the first three sentences | | |
| | 168:18       that start with "Teams of investigators"? | | |
| | 168:19  A.  Under "Investigative Findings:  Teams of | | |
| | 168:20       investigators from the FBI, DBI, and Georgia | | |
| | 168:21       Secretary of State conducted independent and | | |
| | 168:22       simultaneous interviews of Fulton County employees | | |
| | 168:23       who were involved in the processing and scanning of | | |
| | 168:24       absentee ballots at State Farm Arena on election | | |
| | 168:25       night in November 2020." | | |
| | 169:01  Q.  Could you read the next two sentences? | | |
| | 169:02  A.  "All employees interviewed provided a | | |
| | 169:03       consistent account regarding how absentee ballots | | |
| | 169:04       were processed and scanned that evening. | | |
| | 169:05       Additionally, no one had any knowledge of observers, | | |
| | 169:06       poll watchers, or the media being told they had to | | |
| | 169:07       leave." | | |
| | 169:08  Q.  Could you please explain in your own words | | |
| | 169:09       the investigation's conclusions regarding whether | | |
| | 169:10       election observers were excluded from State Farm | | |
| | 169:11       Arena? | | |

## Braun - Braun_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 169:12  A.  There was no evidence to suggest that any | | |
| | 169:13        observers, watchers, or anyone were told to leave or | | |
| | 169:14        forced to leave. | | |
| | 169:15  Q.  So the statement here that no one had | | |
| | 169:16        knowledge of observers, poll watchers, and the media | | |
| | 169:17        being told they had to leave, that aligns with your | | |
| | 169:18        investigative findings? | | |
| | 169:19  A.  Yes. | | |
| 170:15 - 173:07 | **Braun, Frank 2023-05-05** | 00:03:13 | Braun.37 |
| | 170:15  Q.  Could you read the next paragraph? | | |
| | 170:16  A.  "Furthermore, Investigators with three" -- | | |
| | 170:17        "enforcement agencies reviewed the entire unedited | | |
| | 170:18        video footage of the events in question surrounding | | |
| | 170:19        Freeman and Moss at the State Farm Arena.  There was | | |
| | 170:20        no evidence of any type of fraud as alleged.  Fulton | | |
| | 170:21        County Board of Elections and Registration put | | |
| | 170:22        specific processes in place to store ballot boxes | | |
| | 170:23        underneath tables ton have them in a certain order | | |
| | 170:24        to monitor and track ballots during the tabulation | | |
| | 170:25        process so election workers would know where to | | |
| | 171:01        begin the next day." | | |
| | 171:02  Q.  You can finish up. | | |
| | 171:03  A.  "No evidence was provided to show that | | |
| | 171:04        Freeman or Moss deviated from the established | | |
| | 171:05        process.  The initial tabulation, the statewide | | |
| | 171:06        audit involving a manual hand count of every ballot, | | |
| | 171:07        and the machine recount reveal there was no evidence | | |
| | 171:08        to suggest fraudulent ballots were scanned and | | |
| | 171:09        counted in the final tabulated results for the | | |
| | 171:10        November 2020 General Election in Fulton County." | | |
| | 171:11  Q.  Could you please explain in your own words | | |
| | 171:12        what the investigation's conclusions were with | | |
| | 171:13        regards to the allegation of hidden suitcases of | | |
| | 171:14        ballots? | | |
| | 171:15  A.  There was no evidence through video | | |
| | 171:16        footage or interview that there were suitcases. | | |
| | 171:17        There were certainly no hidden suitcases.  There | | |
| | 171:18        were ballot boxes that are used by Fulton County, | | |
| | 171:19        had absentee ballots in them, and they were under | | |
| | 171:20        the tables because that's where they were stored to | | |

**Braun - Braun_Plaintiff Affirmatives_3**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 171:21 | | prepare for processing or to go to the next stage of | | |
| | 171:22 | | processing. | | |
| | 171:23 | Q. | And do you agree with that statement, that | | |
| | 171:24 | | there was no evidence provided to show that Freeman | | |
| | 171:25 | | or Moss deviated from that established process? | | |
| | 172:01 | A. | That's accurate. | | |
| | 172:02 | Q. | And could you explain in your own words | | |
| | 172:03 | | the investigation's conclusions with regards to the | | |
| | 172:04 | | allegation that the same ballots were counted | | |
| | 172:05 | | multiple times at the State Farm Arena? | | |
| | 172:06 | A. | There was no evidence that the batch of | | |
| | 172:07 | | ballots that Ms. Freeman was scanning were counted | | |
| | 172:08 | | more than once.  She was having issues with one or | | |
| | 172:09 | | more of the ballots going through the scanner, | | |
| | 172:10 | | causing the scanner to stop.  She had to reevaluate | | |
| | 172:11 | | the batch to find out what was wrong with it.  And | | |
| | 172:12 | | then she was attempting to try to get the entire | | |
| | 172:13 | | batch to feed at one time without stopping. | | |
| | 172:14 | Q. | And just to confirm, there was -- was | | |
| | 172:15 | | there any evidence that anyone else at State Farm | | |
| | 172:16 | | Arena that night counted ballots multiple times? | | |
| | 172:17 | A. | No. | | |
| | 172:18 | Q. | Could you read the last statement there | | |
| | 172:19 | | that's above Potential Violations? | | |
| | 172:20 | A. | "All allegations made against Freeman and | | |
| | 172:21 | | Moss are unsubstantiated and found to have no | | |
| | 172:22 | | merit." | | |
| | 172:23 | Q. | Do you agree with that statement? | | |
| | 172:24 | A. | Yes. | | |
| | 172:25 | Q. | Does that statement align -- could you | | |
| | 173:01 | | elaborate on how that statement aligns with the | | |
| | 173:02 | | findings of your investigation? | | |
| | 173:03 | A. | There were no -- from the complaints that | | |
| | 173:04 | | came in, affidavits that came in, there were -- | | |
| | 173:05 | | there was no evidence that suggested they did | | |
| | 173:06 | | anything wrong, except show up for work and work | | |
| | 173:07 | | hard. | | |

| | |
|---|---|
| Our Designations | 00:30:59 |
| **TOTAL RUN TIME** | **00:30:59** |