# EXHIBIT 3

# Watson_Plaintiff Affirmatives_4

## Designation List Report



| | | |
|---|---|---|
| | **Watson, Frances** | **2023-05-10** |

| | |
|---|---|
| Our Designations | 00:24:15 |
| **TOTAL RUN TIME** | **00:24:15** |



**Plaintiffs' Exhibit**

**PTX-591**

C.A. No. 21-3354 (BAH)

**ID: Watson**

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:05 - 9:07 | **Watson, Frances 2023-05-10** | 00:00:05 | Watson.1 |
| | 9:05   Q.  Good morning.  Could you please state your | | |
| | 9:06        full name for the record? | | |
| | 9:07   A.  Marie Frances Watson. | | |
| 10:03 - 10:08 | **Watson, Frances 2023-05-10** | 00:00:10 | Watson.2 |
| | 10:03  Q.  Do you understand that you're under oath? | | |
| | 10:04  A.  I do. | | |
| | 10:05  Q.  Do you understand that your testimony | | |
| | 10:06       today carries the same weight as testimony before a | | |
| | 10:07       judge or jury? | | |
| | 10:08  A.  Yes. | | |
| 13:25 - 15:09 | **Watson, Frances 2023-05-10** | 00:02:40 | Watson.3 |
| | 13:25  Q.  How did you start your career after you | | |
| | 14:01       graduated college or one of the management programs? | | |
| | 14:02  A.  I actually attended and completed college | | |
| | 14:03       while I was working.  I went into law enforcement | | |
| | 14:04       when -- as a dispatcher before I was old enough to | | |
| | 14:05       go on the street.  And so once I became of age to | | |
| | 14:06       attend the police academy, I completed the police | | |
| | 14:07       academy and went into street patrol.  And after a | | |
| | 14:08       couple years in -- working the street, I was | | |
| | 14:09       promoted to an investigator position, and I worked | | |
| | 14:10       major case investigations for approximately | | |
| | 14:11       15 years. | | |
| | 14:12       And I went from there to -- I took a | | |
| | 14:13       promotion as a sergeant and was assigned to research | | |
| | 14:14       planning and management out of the chief's office. | | |
| | 14:15       And after working that for several years, I | | |
| | 14:16       completed an assessment and was promoted to a | | |
| | 14:17       lieutenant.  And I was shift commander over a patrol | | |
| | 14:18       and continued in that capacity until I retired with | | |
| | 14:19       29 and a half years from the City of Roswell. | | |
| | 14:20       And after that, I took a year off.  And | | |
| | 14:21       after that, I started looking for what I wanted to | | |
| | 14:22       do next.  And I interviewed at the Fulton County | | |
| | 14:23       District Attorney's Office and also interviewed with | | |
| | 14:24       the Secretary of State's office in the same time. | | |
| | 14:25       And the Fulton County District Attorney's Office had | | |
| | 15:01       offered me a position there, and I had not heard | | |
| | 15:02       from the Secretary of State's office, so I had | | |

Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 15:03 started my job at the district attorney's office. | | |
| | 15:04 And a few days into that employment, I was contacted | | |
| | 15:05 by Secretary of State's office and offered a | | |
| | 15:06 position here, which was my preferred position. And | | |
| | 15:07 so I tendered my two-week notice with Fulton County | | |
| | 15:08 and came to work with the Secretary of State's | | |
| | 15:09 office in 2013. | | |
| 24:10 - 24:12 | **Watson, Frances 2023-05-10** | 00:00:06 | Watson.4 |
| | 24:10 Q. And what was your first role at the | | |
| | 24:11 Secretary of State's office? | | |
| | 24:12 A. Investigator. | | |
| 35:02 - 35:06 | **Watson, Frances 2023-05-10** | 00:00:18 | Watson.5 |
| | 35:02 Q. And when did you become the chief | | |
| | 35:03 investigator? | | |
| | 35:04 A. 2019, I think. I think he retired June or | | |
| | 35:05 July, and so I was the interim until I was | | |
| | 35:06 confirmed, I guess, as permanent. | | |
| 37:13 - 37:20 | **Watson, Frances 2023-05-10** | 00:00:35 | Watson.6 |
| | 37:13 Q. Who did you report to as the chief | | |
| | 37:14 investigator? | | |
| | 37:15 A. My boss was Jordan Fuchs, but I regularly | | |
| | 37:16 consulted with others within the Secretary of | | |
| | 37:17 State's office: Ryan Germany, who was general | | |
| | 37:18 counsel; Gabe Sterling; and the Elections Division, | | |
| | 37:19 you know, multiple people in the Elections Division. | | |
| | 37:20 So... | | |
| 37:21 - 37:24 | **Watson, Frances 2023-05-10** | 00:00:21 | Watson.7 |
| | 37:21 Q. Can you just say roughly how many | | |
| | 37:22 people you oversaw as the chief investigator? | | |
| | 37:23 A. 35 to 40, I would say. I don't remember | | |
| | 37:24 the exact numbers. I could add it up if... | | |
| 57:18 - 57:21 | **Watson, Frances 2023-05-10** | 00:00:10 | Watson.8 |
| | 57:18 Q. Did there come a time when the Secretary | | |
| | 57:19 of State's office decided to investigate any of | | |
| | 57:20 these allegations about State Farm Arena? | | |
| | 57:21 A. Yes. | | |
| 58:09 - 58:14 | **Watson, Frances 2023-05-10** | 00:00:15 | Watson.9 |
| | 58:09 Q. In conducting the investigation into the | | |
| | 58:10 allegations we just discussed, did investigators at | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 58:11 | the Secretary of State's office review surveillance | | |
| | 58:12 | footage from the State Farm Arena from election | | |
| | 58:13 | night 2020? | | |
| | 58:14 | A. Yes. | | |
| 58:20 - 59:14 | **Watson, Frances 2023-05-10** | | 00:01:12 | Watson.10 |
| | 58:20 | Q. What is your understanding of what the | | |
| | 58:21 | surveillance footage from the State Farm Arena | | |
| | 58:22 | actually shows? | | |
| | 58:23 | A. It shows election workers doing their | | |
| | 58:24 | normal process. | | |
| | 58:25 | Q. So it doesn't show hidden suitcases of | | |
| | 59:01 | ballots? | | |
| | 59:02 | A. No. | | |
| | 59:03 | Q. Does it show election workers kicking | | |
| | 59:04 | observers out? | | |
| | 59:05 | A. No. | | |
| | 59:06 | Q. Does it show election workers counting | | |
| | 59:07 | ballots multiple times? | | |
| | 59:08 | A. It shows election workers that are | | |
| | 59:09 | scanning ballots multiple times but not tabulating | | |
| | 59:10 | them multiple times. | | |
| | 59:11 | Q. And we'll come back to that, but it | | |
| | 59:12 | doesn't show election workers illegally counting | | |
| | 59:13 | ballots multiple times? | | |
| | 59:14 | A. No. | | |
| 65:11 - 69:10 | **Watson, Frances 2023-05-10** | | 00:07:15 | Watson.11 |
| | 65:11 | Q. Is it accurate that your office began to | | |
| | 65:12 | look into whether poll workers were kicked out in | | |
| | 65:13 | November 2020? | | |
| | 65:14 | A. Yes. | | |
| | 65:15 | Q. Do you recall when you opened an | | |
| | 65:16 | investigation into that? | | |
| | 65:17 | A. I don't have the specific date that the | | |
| | 65:18 | case was open, no. | | |
| | 65:19 | Q. Can you just describe a little bit about | | |
| | 65:20 | what your office investigated there? | | |
| | 65:21 | A. In reference to poll observers or | | |
| | 65:22 | others -- media being asked to leave?  It was | | |
| | 65:23 | twofold.  One was whether people were told to leave; | | |
| | 65:24 | and the other was, you know, was there a water leak, | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 65:25 | when was the water leak, what was -- what was that. | | |
| | 66:01 | So we interviewed the poll workers that | | |
| | 66:02 | were assigned to that location, and the media | | |
| | 66:03 | liaison, and any of the observers that we could | | |
| | 66:04 | locate and interview to try to find out was there | | |
| | 66:05 | anyone directed to leave. | | |
| | 66:06 | And the water leak, the same, going to | | |
| | 66:07 | State Farm Arena and talking to the people on scene | | |
| | 66:08 | and the poll workers that were there that observed | | |
| | 66:09 | the water leak, when they observed the water leak, | | |
| | 66:10 | and what happened, as well as Fulton County election | | |
| | 66:11 | officials, such as the registration -- chief | | |
| | 66:12 | registration manager, Ralph Jones, and making sure | | |
| | 66:13 | if, you know, there were any equipment or ballots | | |
| | 66:14 | that may have been compromised because of a water | | |
| | 66:15 | leak. | | |
| | 66:16 | Q. And what did the investigation conclude as | | |
| | 66:17 | to whether observers were kicked out? | | |
| | 66:18 | A. It was determined that we -- we could not | | |
| | 66:19 | find any individual that said that they were | | |
| | 66:20 | directed to leave. It was that as poll workers were | | |
| | 66:21 | finishing their specific duties, for example, a -- | | |
| | 66:22 | the workers that were assigned to open the absentee | | |
| | 66:23 | ballot envelopes and separate the contents into | | |
| | 66:24 | batches and then put them back into the ballot bins | | |
| | 66:25 | to be staged for the scanners, once that they were | | |
| | 67:01 | done, then there was nothing else for them to do. | | |
| | 67:02 | And so they would clean off their machines, cover | | |
| | 67:03 | their machines, and they would leave for the night. | | |
| | 67:04 | So as the workers were getting done and | | |
| | 67:05 | leaving for the night, it was thought that they're | | |
| | 67:06 | shutting down. As well as the scanners also were | | |
| | 67:07 | thinking that they were going to be able to pack it | | |
| | 67:08 | up and leave for the night and had started to pack | | |
| | 67:09 | their things up when they were contacted and told | | |
| | 67:10 | that, You need to continue processing. | | |
| | 67:11 | Q. And then what did the investigation | | |
| | 67:12 | conclude as to the water leak? | | |
| | 67:13 | A. It was a water leak that was not at that | | |
| | 67:14 | particular time. It had occurred at a different -- | | |
| | 67:15 | different time when people were coming in for the | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 67:16 | day to get started that they observed the water | | |
| | 67:17 | leaking in the ceiling. And so they contacted the | | |
| | 67:18 | State Farm Arena, they contacted Fulton County, and | | |
| | 67:19 | they moved machines out of the way. They brought in | | |
| | 67:20 | a big vacuuming system that looks like a -- | | |
| | 67:21 | something that you would run on an ice skating | | |
| | 67:22 | machine and, you know, sucked it all up and got it | | |
| | 67:23 | stopped, and then moved everything back, you know, | | |
| | 67:24 | verified that everything was not damaged. | | |
| | 67:25 | It was just, you know, one area leaking | | |
| | 68:01 | into the floor, so none of the machines, none of the | | |
| | 68:02 | ballots were compromised. Didn't impact their | | |
| | 68:03 | tabulation. | | |
| | 68:04 | Q. So did election workers make up that there | | |
| | 68:05 | was a water leak to kick observers out? | | |
| | 68:06 | A. No. | | |
| | 68:07 | Q. Did election workers make up anything else | | |
| | 68:08 | to kick observers out? | | |
| | 68:09 | A. No. | | |
| | 68:10 | Q. Did election workers kick observers out? | | |
| | 68:11 | A. No. | | |
| | 68:12 | Q. Have you learned anything since that time | | |
| | 68:13 | that would make you question those conclusions? | | |
| | 68:14 | A. No. | | |
| | 68:15 | Q. And out of curiosity, did you learn all of | | |
| | 68:16 | that in November of 2020? | | |
| | 68:17 | A. Parts of it were in November, and also | | |
| | 68:18 | confirmations also came in December when we received | | |
| | 68:19 | the actual video and confirmed what we were being | | |
| | 68:20 | told by what we were also observing. | | |
| | 68:21 | Q. And do you just recall who was involved in | | |
| | 68:22 | the November and December investigation? | | |
| | 68:23 | A. I know Paul Braun was the main | | |
| | 68:24 | investigator assigned, and, again, Adrick Hall in | | |
| | 68:25 | assisting him with any requests for video, any | | |
| | 69:01 | scheduling or -- of interviews. There was multiple | | |
| | 69:02 | people at Fulton County that needed to be | | |
| | 69:03 | interviewed, so there could be other investigators | | |
| | 69:04 | assisting with the investigation, but he was the | | |
| | 69:05 | main case agent at the time. | | |
| | 69:06 | Q. And you mentioned this earlier -- I just | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 69:07 | want to go back -- that it wasn't -- in 2020 it was | | |
| | 69:08 | not illegal for election workers to tabulate ballots | | |
| | 69:09 | without observers present. | | |
| | 69:10 A. | Correct. | | |
| 105:04 - 106:02 | **Watson, Frances 2023-05-10** | | 00:01:15 | Watson.12 |
| | 105:04 Q. | So I'd like to direct your attention to | | |
| | 105:05 | Exhibit 4, which is your affidavit. | | |
| | 105:06 | Can you read aloud for the record | | |
| | 105:07 | paragraph 7? | | |
| | 105:08 A. | Sure: Our investigation and review of the | | |
| | 105:09 | entire security footage revealed that there were no | | |
| | 105:10 | mystery ballots that were brought in from an unknown | | |
| | 105:11 | location and hidden under tables as has been | | |
| | 105:12 | reported by some.  Video taken hours before show the | | |
| | 105:13 | table being brought into the room -- into the room | | |
| | 105:14 | at 8:22 a.m.  Nothing was underneath the table | | |
| | 105:15 | then -- should be "then," it says "them."  Around | | |
| | 105:16 | 10 p.m., with the room full of people, including | | |
| | 105:17 | official monitors and the media, video shows ballots | | |
| | 105:18 | that had already been opened but not counted placed | | |
| | 105:19 | in the boxes, sealed up, stored under the table. | | |
| | 105:20 | This was done because employees thought that they | | |
| | 105:21 | were done for the night and they were closing up and | | |
| | 105:22 | ready to leave.  When the counting continued into | | |
| | 105:23 | later in the night, those boxes were opened so that | | |
| | 105:24 | the ballots inside could then be counted. | | |
| | 105:25 Q. | And based on your knowledge of the | | |
| | 106:01 | investigation, do you stand by that conclusion? | | |
| | 106:02 A. | Yes. | | |
| 108:06 - 108:07 | **Watson, Frances 2023-05-10** | | 00:00:05 | Watson.13 |
| | 108:06 Q. | All right.  I'd like to direct your | | |
| | 108:07 | attention to what's been marked Exhibit 5.  We | | |
| 108:08 - 109:04 | **Watson, Frances 2023-05-10** | | 00:01:04 | Watson.21 |
| | 108:08 | reviewed this earlier.  This is a transcript of an | | |
| | 108:09 | interview Mr. Sterling gave on Newsmax on | | |
| | 108:10 | December 4th, 2020.  I want to direct your attention | | |
| | 108:11 | to page 9, line 16, where Mr. Sterling says:  But | | |
| | 108:12 | when you watch the video, the process -- I'm sorry. | | |
| | 108:13 | I'll wait for you to... | | |
| | 108:14 A. | Yeah.  Okay. | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 108:15 Q. Sorry, so page 9, line 16. | | |
| | 108:16 A. Okay. | | |
| | 108:17 Q. He says: But when you watch the video, | | |
| | 108:18    the process -- those aren't suitcases. Those are | | |
| | 108:19    regular absentee carriers used in dozens of counties | | |
| | 108:20    across the state. That's how they bring those in. | | |
| | 108:21    Nothing was brought in without the monitors there, | | |
| | 108:22    so everything was there. There was nothing new | | |
| | 108:23    brought in. We didn't see somebody wheeling stuff | | |
| | 108:24    into the room; we saw stuff that was already in the | | |
| | 108:25    room that the monitors already saw brought in. | | |
| | 109:01    Is your understanding that the video | | |
| | 109:02    Mr. Sterling is referencing is the State Farm Arena | | |
| | 109:03    video? | | |
| | 109:04 A. Yes. | | |
| 127:21 - 127:25 | **Watson, Frances 2023-05-10** | 00:00:11 | Watson.14 |
| | 127:21 Q. Did your office investigate claims that | | |
| | 127:22    election workers illegally counted ballots multiple | | |
| | 127:23    times at the State Farm Arena on November 3rd and | | |
| | 127:24    4th, 2020? | | |
| | 127:25 A. Yes. | | |
| 128:17 - 130:15 | **Watson, Frances 2023-05-10** | 00:03:15 | Watson.15 |
| | 128:17    And do you remember approximately how many | | |
| | 128:18    witnesses your office interviewed? | | |
| | 128:19 A. The primary ones that were there the night | | |
| | 128:20    of, but we also interviewed and questioned other | | |
| | 128:21    workers that were there throughout the tabulation | | |
| | 128:22    process. | | |
| | 128:23 Q. Do you recall what the witnesses said | | |
| | 128:24    about the allegation of scanning -- I'm sorry, about | | |
| | 128:25    counting ballots multiple times? | | |
| | 129:01 A. That they were not counting ballots | | |
| | 129:02    multiple times, that the scanners are very | | |
| | 129:03    sensitive, and there are many times that when you | | |
| | 129:04    put a batch of ballots in to be scanned, that there | | |
| | 129:05    are error codes that come up during that process, it | | |
| | 129:06    will stop during the scanning process. And so | | |
| | 129:07    those -- when an error happens like that, they have | | |
| | 129:08    to take all of those ballots out and try to smooth | | |
| | 129:09    them out, find what is causing the error, stack them | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 129:10 | all up nice and neat, and sometimes they have to | | |
| | 129:11 | clean the glass on the scanner to make sure that | | |
| | 129:12 | there's not lint or pieces of paper or oil from | | |
| | 129:13 | fingerprints or food that's on absentee ballots that | | |
| | 129:14 | have gotten on the scanner that, again, causes it to | | |
| | 129:15 | issue an error code. And so they will reject that | | |
| | 129:16 | batch, and then they will rescan it. | | |
| | 129:17 | And it can fix the issue when you rescan, | | |
| | 129:18 | sometimes you may have to try multiple times to get | | |
| | 129:19 | a batch to successfully scan, and at that time, you | | |
| | 129:20 | would hit "accept," and at that point they would be | | |
| | 129:21 | counted. | | |
| | 129:22 Q. | And is that explanation consistent with | | |
| | 129:23 | the training your investigators received on the | | |
| | 129:24 | Dominion voting machine equipment? | | |
| | 129:25 A. | Yes. | | |
| | 130:01 Q. | And did your office, in addition to | | |
| | 130:02 | interviewing witnesses, review the surveillance | | |
| | 130:03 | footage for potentially multiple counting of | | |
| | 130:04 | ballots? | | |
| | 130:05 A. | Yes. | | |
| | 130:06 Q. | Do you recall who in your office reviewed | | |
| | 130:07 | that footage? | | |
| | 130:08 A. | I know Paul Braun, and I don't know if he | | |
| | 130:09 | was assisted by anyone else. | | |
| | 130:10 Q. | And would that have been part of your | | |
| | 130:11 | review of the full State Farm Arena surveillance | | |
| | 130:12 | footage? | | |
| | 130:13 A. | Yes. And in particular, looking at those | | |
| | 130:14 | actions as the scans were going through, and also | | |
| | 130:15 | checking the logs for the individual scanners. | | |
| 130:16 - 131:09 | **Watson, Frances 2023-05-10** | | 00:00:58 | Watson.16 |
| | 130:16 Q. | You just said your office reviewed the | | |
| | 130:17 | activity logs for the scanners to corroborate the | | |
| | 130:18 | statements of the witnesses? | | |
| | 130:19 A. | Yes, the statements and the video. | | |
| | 130:20 Q. | And can you explain how that worked? | | |
| | 130:21 A. | Looking at the scanners and the times and | | |
| | 130:22 | looking at the video to see on the log if it was | | |
| | 130:23 | issuing an error, and that matches with the video | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 130:24 | and how many times that would happen, and then them | | |
| | 130:25 | hitting "accept" and matching it -- what you're | | |
| | 131:01 | seeing with what the logs are representing. | | |
| | 131:02 Q. | Could you sync it up, like, one-to-one, | | |
| | 131:03 | you'd see an error and you would see someone pull | | |
| | 131:04 | the batch out? | | |
| | 131:05 A. | In most cases, yes. | | |
| | 131:06 Q. | Did the activity logs show any evidence of | | |
| | 131:07 | ballots being counted multiple times on | | |
| | 131:08 | November 3rd, November 4th? | | |
| | 131:09 A. | No. | | |
| 136:05 - 136:10 | **Watson, Frances 2023-05-10** | | 00:00:19 | Watson.17 |
| | 136:05 Q. | You've been handed what's been marked | | |
| | 136:06 | Exhibit 13. I can represent that it's a true and | | |
| | 136:07 | accurate copy of a December 7th, 2020, New York | | |
| | 136:08 | Times article by Nick Corasaniti titled Top Georgia | | |
| | 136:09 | Election Official Debunks Ridiculous Claims About | | |
| | 136:10 | Election Fraud. | | |
| 136:15 - 137:24 | **Watson, Frances 2023-05-10** | | 00:01:45 | Watson.18 |
| | 136:15 Q. | Could you read the paragraph that -- at | | |
| | 136:16 | the bottom that starts, "On false claims that | | |
| | 136:17 | workers"? | | |
| | 136:18 A. | Okay: On false claims that workers had | | |
| | 136:19 | fed the same ballot multiple times into voting | | |
| | 136:20 | machines on election day, Mr. Sterling also said | | |
| | 136:21 | that that could not happen because it would have | | |
| | 136:22 | shown up in the hand count. Georgia election | | |
| | 136:23 | officials undertook a complete hand count (sic) of | | |
| | 136:24 | the results after the election ended because of the | | |
| | 136:25 | closeness of the race. When the recount showed no | | |
| | 137:01 | change in results, the Trump campaign requested a | | |
| | 137:02 | machine-based recount. That, too, showed no | | |
| | 137:03 | meaningful change. | | |
| | 137:04 Q. | Based on your personal knowledge, can you | | |
| | 137:05 | describe the accuracy of Mr. Sterling's statement | | |
| | 137:06 | that ballots could not be fed into a machine | | |
| | 137:07 | multiple times to be counted because it would have | | |
| | 137:08 | shown up in the hand recount? | | |
| | 137:09 A. | That is accurate. | | |
| | 137:10 Q. | Based on your personal knowledge, can you | | |

Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 137:11 | describe the accuracy of the statement that hand | | |
| | 137:12 | recount of the results showed no change in the | | |
| | 137:13 | results and that the machine-based recount showed no | | |
| | 137:14 | meaningful change? | | |
| | 137:15 A. | Yes. | | |
| | 137:16 Q. | Your understanding is that is accurate? | | |
| | 137:17 A. | Yes. | | |
| | 137:18 Q. | So based on what we have already | | |
| | 137:19 | discussed, what is your understanding as to what the | | |
| | 137:20 | Secretary of State's office had publicly stated by | | |
| | 137:21 | December 7th, 2020, regarding the allegations of | | |
| | 137:22 | counting ballots multiple times? | | |
| | 137:23 A. | At State Farm Arena, that that was not | | |
| | 137:24 | accurate. | | |
| 138:05 - 138:10 | **Watson, Frances 2023-05-10** | | 00:00:17 | Watson.19 |
| | 138:05 Q. | So your understanding is that the | | |
| | 138:06 | Secretary of State's office had publicly conveyed | | |
| | 138:07 | that it was not true that Ms. Freeman and Ms. Moss | | |
| | 138:08 | or the others at State Farm Arena on November 3rd | | |
| | 138:09 | had counted ballots multiple times? | | |
| | 138:10 A. | That's accurate. | | |
| 141:09 - 142:21 | **Watson, Frances 2023-05-10** | | 00:02:00 | Watson.20 |
| | 141:09 Q. | If someone had counted ballots multiple | | |
| | 141:10 | times such that there was tens of thousands of | | |
| | 141:11 | votes, would that have shown up in the hand recount? | | |
| | 141:12 A. | Yes. | | |
| | 141:13 Q. | And would it have shown up in the machine | | |
| | 141:14 | recount? | | |
| | 141:15 A. | Yes. | | |
| | 141:16 Q. | And was there any evidence that that | | |
| | 141:17 | happened at State Farm Arena on November 3rd? | | |
| | 141:18 A. | No. | | |
| | 141:19 Q. | Can you take a look at paragraph 71, which | | |
| | 141:20 | quotes Mr. Giuliani during a December 30th, 2020, | | |
| | 141:21 | interview with Chanel Rion of One America News | | |
| | 141:22 | Network where he says:  We can see them counting it | | |
| | 141:23 | four and five times.  We also have the statistics | | |
| | 141:24 | during that period of time, 120,000 votes for Biden, | | |
| | 141:25 | couple hundred votes for Trump, no observers, makes | | |
| | 142:01 | it totally illegal.  That alone changes the | | |

## Watson - Watson_Plaintiff Affirmatives_4

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 142:02 | election.  That alone means if you get rid of those | | |
| | 142:03 | illegal votes, Trump wins Georgia by 40- or 50,000 | | |
| | 142:04 | votes. | | |
| | 142:05 | Is your understanding that he's referring | | |
| | 142:06 | to the State Farm Arena video? | | |
| | 142:07 A. | Yes. | | |
| | 142:08 Q. | Based on your personal knowledge, can you | | |
| | 142:09 | describe the accuracy of his statement that we can | | |
| | 142:10 | see them counting it four and five times? | | |
| | 142:11 A. | Not counting. | | |
| | 142:12 Q. | And based on your knowledge of the | | |
| | 142:13 | investigation, can you describe the accuracy of his | | |
| | 142:14 | statement that no observers makes it totally | | |
| | 142:15 | illegal? | | |
| | 142:16 A. | Not accurate. | | |
| | 142:17 Q. | Based on your personal knowledge, can you | | |
| | 142:18 | describe the accuracy of Mr. Giuliani's statement | | |
| | 142:19 | that the votes counted at State Farm Arena on | | |
| | 142:20 | intellectual night were illegal votes? | | |
| | 142:21 A. | Not accurate. | | |

| Our Designations | 00:24:15 |
|---|---|
| **TOTAL RUN TIME** | **00:24:15** |