# EXHIBIT 1

# Kerik_Plaintiff Affirmatives_7

Designation List Report

**Kerik, Bernard**  2023-03-20

Our Designations  00:13:30
**TOTAL RUN TIME**  **00:13:30**

Documents linked to video:
1
287
342
343
345



**Plaintiffs' Exhibit**
**PTX-592**

C.A. No. 21-3354 (BAH)

**ID: Kerik**

## Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:11 - 7:13 | **Kerik, Bernard 2023-03-20** | 00:00:04 | Kerik.1 |
| | 7:11   Will you please state your full name for | | |
| | 7:12   the record, please. | | |
| | 7:13  A. Bernard Kerik. | | |
| 10:04 - 10:13 | **Kerik, Bernard 2023-03-20** | 00:00:17 | Kerik.2 |
| | 10:04  Q. So you understand you're under oath | | |
| | 10:05   today? | | |
| | 10:06  A. Yes. | | |
| | 10:07  Q. Okay. And you understand that your | | |
| | 10:08   testimony today carries the same weight as if you | | |
| | 10:09   were before a judge or a jury? | | |
| | 10:10  A. Yes. | | |
| | 10:11  Q. Any reason you might not be able to give | | |
| | 10:12   accurate testimony today? | | |
| | 10:13  A. No. | | |
| 35:09 - 35:18 | **Kerik, Bernard 2023-03-20** | 00:00:37 | Kerik.3 |
| | 35:09  Q. So fair to say that one of the types of | | |
| | 35:10   work or one of the things that you were interested | | |
| | 35:11   in was investigating the 2020 election? | | |
| | 35:12  A. Was I interested? I became interested. | | |
| | 35:13   Yes. | | |
| | 35:14  Q. Okay. Talk to me about that. | | |
| | 35:15  A. I was a supporter of President Trump. | | |
| | 35:16   I've known -- I've known him since, I don't know, | | |
| | 35:17   probably the same time I've known the mayor. I've | | |
| | 35:18   known him a long time. | | |
| 37:18 - 38:09 | **Kerik, Bernard 2023-03-20** | 00:00:56 | Kerik.4 |
| | 37:18   So back to your question, I was a big | | |
| | 37:19   supporter of his for the election. I was in | | |
| | 37:20   Washington, D.C. the night of the election, on | | |
| | 37:21   November 3rd. I stayed in D.C. until the 4th. | | |
| | 37:22   And, you know -- I don't remember exactly. I | | |
| | 38:01   either left the night of the 4th or the morning of | | |
| | 38:02   the 5th. I went home. And just about the time I | | |
| | 38:03   walked in the door, Mayor Giuliani called me, said | | |
| | 38:04   that he had spoken with the president and that he | | |
| | 38:05   wanted me to come back and assist him; he was | | |
| | 38:06   going to be looking at the investig- -- at the | | |
| | 38:07   election. | | |

## Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 38:08   And I packed up some clothes, I got back | | |
| | 38:09   in my truck, and I drove back to D.C. | | |
| 38:16 - 39:10 | **Kerik, Bernard 2023-03-20** | 00:00:46 | Kerik.5 |
| | 38:16  Q.  The mayor wanted you to come back. | | |
| | 38:17      Why do you think he reached out to you? | | |
| | 38:18  A.  He probably knew I could be helpful. | | |
| | 38:19  Q.  Okay.  In what way? | | |
| | 38:20  A.  Look, I've worked with him and for him | | |
| | 38:21      for a long time, whether it's investigative work, | | |
| | 38:22      whether it's consulting work, you know, I've -- | | |
| | 39:01      you know, and we're friends on top of it.  You | | |
| | 39:02      know, he probably thought I could help. | | |
| | 39:03  Q.  You guys are still friends, yeah? | | |
| | 39:04  A.  Yeah. | | |
| | 39:05  Q.  How is he as a boss? | | |
| | 39:06  A.  He's usually great. | | |
| | 39:07  Q.  Is he hands on? | | |
| | 39:08  A.  Yeah. | | |
| | 39:09  Q.  Yeah. | | |
| | 39:10  A.  Very hands on. | | |
| 59:18 - 59:21 | **Kerik, Bernard 2023-03-20** | 00:00:06 | Kerik.6 |
| | 59:18      (Kerik Deposition Exhibit 3 marked for | | |
| | 59:19      identification and attached to the | | |
| | 59:20      transcript.) | | |
| | 59:21      BY MS. HOUGHTON-LARSEN: | | |
| 59:22 - 60:01  🔗 345.1 | **Kerik, Bernard 2023-03-20** | 00:00:04 | Kerik.7 |
| | 59:22  Q.  Mr. Kerik, do you recognize this | | |
| | 60:01      document? | | |
| 60:02 - 61:12  🔗 345.1.1 | **Kerik, Bernard 2023-03-20** | 00:01:22 | Kerik.8 |
| | 60:02  A.  Yes. | | |
| | 60:03  Q.  Okay.  And what is it? | | |
| | 60:04  A.  It's an e-mail to Mark Meadows. | | |
| | 60:05  Q.  Okay.  So this is an e-mail from you to | | |
| | 60:06      Mark Meadows, right? | | |
| | 60:07  A.  Right. | | |
| | 60:08  Q.  And who was Mark Meadows at the time? | | |
| | 60:09  A.  The chief of staff of the President. | | |
| | 60:10  Q.  Okay.  And do you see the subject line | | |
| | 60:11      there reads, Giuliani team, strategic | | |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 60:12 | communications plan V1? | | |
| | 60:13 | A. Yes. | | |
| | 60:14 | Q. Okay. And then do you see, under that, | | |
| | 60:15 | at attachments, it says, Giuliani team, strategic | | |
| | 60:16 | communications plan V1? | | |
| | 60:17 | A. Yes. | | |
| | 60:18 | Q. Okay. So then I just want to focus on | | |
| | 60:19 | this e-mail first. | | |
| 🔗 345.1.2 | 60:20 | So you write, "Dear Mark: I know the | | |
| | 60:21 | mayor sent this to you last evening." | | |
| | 60:22 | And just to be clear, when you say, the | | |
| | 61:01 | mayor, you mean Mr. Giuliani, right? | | |
| | 61:02 | A. Right. | | |
| | 61:03 | Q. Okay. And how did you know that the | | |
| | 61:04 | mayor sent this to Mr. Meadows the previous | | |
| | 61:05 | evening? | | |
| | 61:06 | A. He must have told me. | | |
| | 61:07 | Q. He must have told you? Okay. | | |
| | 61:08 | And then the next part of the sentence | | |
| | 61:09 | reads, "But just wanted to emphasize the | | |
| | 61:10 | importance of timing." | | |
| | 61:11 | What did you mean by that? | | |
| | 61:12 | A. Obviously, timing was of the essence. | | |
| 63:18 - 64:01 | **Kerik, Bernard 2023-03-20** | | 00:00:22 | Kerik.9 |
| | 63:18 | So just going back, you say, "We | | |
| | 63:19 | need to pull the trigger today to have the impact | | |
| | 63:20 | that's needed in the states we're targeting." | | |
| | 63:21 | So what did you mean by that? | | |
| | 63:22 | A. I think what I was talking about at the | | |
| | 64:01 | time was to force the legislators to do their job. | | |
| 65:06 - 65:22 | **Kerik, Bernard 2023-03-20** | | 00:00:40 | Kerik.10 |
| | 65:06 | Q. Am I correct -- I mean, the | | |
| | 65:07 | mayor also had sent this, as you say, to Mark | | |
| | 65:08 | Meadows the previous evening. | | |
| | 65:09 | Is it fair to say he also felt strongly | | |
| | 65:10 | about this, as far as you understood? | | |
| | 65:11 | A. I would say. Yeah. | | |
| | 65:12 | Q. Okay. | | |
| | 65:13 | A. Or I would have never sent it. | | |
| | 65:14 | Q. So tell me what you mean by that. | | |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 65:15  A.  You know, the mayor is in charge. | | |
| | 65:16  Q.  Right. | | |
| | 65:17  A.  It's the mayor's legal team.  If the | | |
| | 65:18       mayor is concerned or he has concerns or he wants | | |
| | 65:19       something done, you know, I would do it.  If he | | |
| | 65:20       didn't want it, if he wasn't concerned, or he | | |
| | 65:21       said, you know, this isn't of interest to me, I | | |
| | 65:22       wouldn't do it. | | |
| 66:11 - 66:18 | **Kerik, Bernard 2023-03-20** | 00:00:09 | Kerik.11 |
| | 66:11  Q.  Would that have been your regular | | |
| | 66:12       practice? | | |
| | 66:13  A.  Normally. | | |
| | 66:14  Q.  Normally? | | |
| | 66:15  A.  Yes. | | |
| | 66:16  Q.  Okay.  So he would have been aware that | | |
| | 66:17       you were doing this? | | |
| | 66:18  A.  Yes. | | |
| 67:03 - 67:07 | **Kerik, Bernard 2023-03-20** | 00:00:08 | Kerik.12 |
| | 67:03  Q.  He was aware of the Giuliani team's | | |
| | 67:04       strategic communications plan -- | | |
| | 67:05  A.  Right. | | |
| | 67:06  Q.  Right.  That people were working on it? | | |
| | 67:07  A.  Right. | | |
| 82:08 - 82:22 | **Kerik, Bernard 2023-03-20** | 00:00:53 | Kerik.13 |
| | 82:08  Q.  So just looking back at this | | |
| 🔗 1.9 | 82:09       page -- so I'm back on page 9.  The first bullet | | |
| 🔗 1.9.1 | 82:10       point says, "Video of Ruby and Shaye at midnight." | | |
| | 82:11       What is the video of Ruby and Shaye at | | |
| | 82:12       midnight? | | |
| | 82:13  A.  I thought that's why we're here.  It's | | |
| | 82:14       the video -- what's her name?  Ruby Freeman. | | |
| | 82:15       There's a video that was produced at the hearing, | | |
| | 82:16       the state hearing, of -- I don't know if it was | | |
| | 82:17       Ruby Shaye [sic] or her daughter, because I know | | |
| | 82:18       there's two -- pulling out these boxes from | | |
| | 82:19       underneath a table, taking those -- you know, | | |
| | 82:20       taking ballots out of those boxes and then running | | |
| | 82:21       them through a scanner.  The best of my | | |
| | 82:22       recollection, that's what it was. | | |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:17 - 83:22 | **Kerik, Bernard 2023-03-20** | 00:00:14 | Kerik.14 |
| | 83:17 Q. So you said there was a video that was | | |
| | 83:18    produced at the state hearing. | | |
| | 83:19 A. Uh-huh. | | |
| | 83:20 Q. Are you referring to the December 3rd, | | |
| | 83:21    2020, hearing before the Georgia Senate -- | | |
| | 83:22 A. I think so. | | |
| 85:06 - 86:01 | **Kerik, Bernard 2023-03-20** | 00:00:41 | Kerik.15 |
| | 85:06 Q. Was that the first time that you | | |
| | 85:07    actually learned that there was a video -- | | |
| | 85:08 A. Yes. | | |
| | 85:09 Q. -- depicting that? | | |
| | 85:10 A. I think that morning. I think that | | |
| | 85:11    morning before the video somebody came to me and | | |
| | 85:12    said, they found a video of A, B, C. | | |
| | 85:13 Q. Okay. Do you have a recollection of who | | |
| | 85:14    told you that? | | |
| | 85:15 A. It was an attorney somebody in the state | | |
| | 85:16    house. An attorney in the state house. | | |
| | 85:17 Q. Okay. Do you -- | | |
| | 85:18 A. I only remember that because they came | | |
| | 85:19    to -- you know, basically, anybody that wanted | | |
| | 85:20    access to the mayor or to tell the mayor anything | | |
| | 85:21    usually came to me. And somebody came to me and | | |
| | 85:22    said, the mayor has got to see this; it's | | |
| | 86:01    important. | | |
| 90:20 - 91:16<br>🔗 1.1 | **Kerik, Bernard 2023-03-20** | 00:00:43 | Kerik.16 |
| | 90:20 Q. Do you know who drafted this | | |
| | 90:21    document, this overall document? | | |
| | 90:22 A. No. No. | | |
| | 91:01 Q. No. Okay. Do you have a sense -- or do | | |
| | 91:02    you know whether it was multiple people | | |
| | 91:03    contributing to it or one effort? | | |
| | 91:04 A. It would have been multiple people. | | |
| | 91:05 Q. Okay. Were you one of those people who | | |
| | 91:06    was contributing to this communications plan? | | |
| | 91:07 A. Verbally, yes. | | |
| | 91:08 Q. Okay. | | |
| | 91:09 A. I wouldn't be typing any of this stuff -- | | |
| | 91:10 Q. Okay. | | |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 91:11 | A. | -- putting this in here. | | |
| | 91:12 | Q. | Okay. And so verbally, when you were | | |
| | 91:13 | | talking about this -- developing this strategic | | |
| | 91:14 | | communications plan, who were you speaking with? | | |
| | 91:15 | A. | Different people on the team, attorneys | | |
| | 91:16 | | and otherwise. | | |
| 95:08 - 96:05 | **Kerik, Bernard 2023-03-20** | | | 00:00:53 | Kerik.17 |
| | 95:08 | | And I think -- I know you testified about | | |
| | 95:09 | | this at the January 6th. I'm happy to direct you | | |
| | 95:10 | | to the testimony if you prefer. | | |
| | 95:11 | | But you said there were continual | | |
| | 95:12 | | discussions for about six weeks about this | | |
| | 95:13 | | strategic communications plan; is that correct? | | |
| | 95:14 | A. | Yeah. I mean, not specifically about the | | |
| | 95:15 | | plan itself, but it was -- you know, all this | | |
| | 95:16 | | stuff, the allegations within here, that's what | | |
| | 95:17 | | the plan was about. | | |
| | 95:18 | Q. | Right. | | |
| | 95:19 | A. | So that was the continual discussions. I | | |
| | 95:20 | | don't think we had a continual discussion about | | |
| | 95:21 | | the plan. | | |
| | 95:22 | Q. | So correct me if I'm misstating, but you | | |
| | 96:01 | | would say that there were continual discussions | | |
| | 96:02 | | about getting the evidence and the allegations | | |
| | 96:03 | | that you were receiving and that you knew about in | | |
| | 96:04 | | front of the various state legislatures? | | |
| | 96:05 | A. | Yes. | | |
| 99:17 - 100:05 | **Kerik, Bernard 2023-03-20** | | | 00:00:46 | Kerik.18 |
| | 99:17 | Q. | Was there someone on the team who you | | |
| | 99:18 | | recall leading the effort to reach out to state | | |
| | 99:19 | | legislatures? | | |
| | 99:20 | A. | Most likely -- not specifically. But the | | |
| | 99:21 | | mayor was responsible for the legal team. And, | | |
| | 99:22 | | you know, he wanted -- he wanted everything and | | |
| | 100:01 | | anything we could find with regard to possible | | |
| | 100:02 | | litigation and anything and everything we could | | |
| | 100:03 | | find that the legislators should be aware of so | | |
| | 100:04 | | they could make a decision whether they should or | | |
| | 100:05 | | should not certify a state vote. | | |
| 104:20 - 105:07 | **Kerik, Bernard 2023-03-20** | | | 00:00:26 | Kerik.19 |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 1.20.1 | 104:20  Q.  Okay.  And then the last sentence, it | | Kerik.19 |
| | 104:21       says, "Ruby Freeman, woman in purple shirt on | | |
| | 104:22       video now under arrest and providing evidence | | |
| | 105:01       against Georgia Secretary of State, Stacey Abrams, | | |
| | 105:02       and DNC on advanced coordination effort to commit | | |
| | 105:03       voter fraud/election fraud." | | |
| | 105:04       And then, in brackets, it says, "Need | | |
| | 105:05       confirmation of arrest and evidence." | | |
| | 105:06       Do you see that? | | |
| | 105:07  A.  Right. | | |
| 105:11 - 106:10 | **Kerik, Bernard 2023-03-20** | 00:00:36 | Kerik.20 |
| | 105:11  Q.  Okay.  Do you know, did you or anyone on | | |
| | 105:12       your team ever get confirmation of Ms. Freeman's | | |
| | 105:13       arrest? | | |
| | 105:14  A.  Not that -- personally, not that I | | |
| | 105:15       remember. | | |
| | 105:16  Q.  Not that you remember. | | |
| | 105:17       Do you recall ever personally trying to | | |
| | 105:18       get -- | | |
| | 105:19  A.  Me personally? | | |
| | 105:20  Q.  Yes. | | |
| | 105:21  A.  No. | | |
| | 105:22  Q.  Okay.  But that's something -- I mean, | | |
| | 106:01       you would know how to do that, right?  You can run | | |
| | 106:02       a background check? | | |
| | 106:03  A.  I could run a background check or, | | |
| | 106:04       normally, I would call somebody and say, Go check | | |
| | 106:05       this out. | | |
| | 106:06  Q.  Okay.  And that is the sort of thing, if | | |
| | 106:07       someone had been arrested or someone had a, you | | |
| | 106:08       know, previous conviction, that's something that | | |
| | 106:09       would come up in a background check? | | |
| | 106:10  A.  Yeah. | | |
| 137:10 - 137:10 | **Kerik, Bernard 2023-03-20** | 00:00:03 | Kerik.21 |
| 🔗 287.1 | 137:10       Okay.  We'll mark this as Exhibit 10. | | |
| 137:11 - 137:15 | **Kerik, Bernard 2023-03-20** | 00:00:03 | Kerik.22 |
| | 137:11       (Kerik Deposition Exhibit 10 marked for | | |
| | 137:12       identification and attached to the | | |
| | 137:13       transcript.) | | |
| | 137:14       BY MS. HOUGHTON-LARSEN: | | |

## Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 287.1.1 | 137:15  Q.  Do you recognize this as a... | | |
| 137:16 - 138:06 | **Kerik, Bernard 2023-03-20** | 00:00:34 | Kerik.23 |
| | 137:16  A.  My Twitter account? | | |
| | 137:17  Q.  Thank you.  And do you see that this is a | | |
| 🔗 287.1.2 | 137:18      tweet you published on December 6th, 2020? | | |
| | 137:19  A.  Yes. | | |
| 🔗 287.1.3 | 137:20  Q.  And it says, "Now what can possibly be on | | |
| | 137:21      that thumb drive?  What's so secret that they must | | |
| | 137:22      act like it's a drug deal, or is it just my | | |
| | 138:01      imagination?  Same woman counting concealed | | |
| | 138:02      ballots in Georgia."  Alarm emoji.  "Video | | |
| | 138:03      breakdown USB handoff Ruby Freeman to daughter." | | |
| | 138:04      And then there's a link to YouTube. | | |
| | 138:05      Do you see that? | | |
| | 138:06  A.  Yes. | | |
| 163:01 - 163:01 | **Kerik, Bernard 2023-03-20** | 00:00:03 | Kerik.24 |
| 🔗 343.1 | 163:01      This will be Exhibit 19. | | |
| 163:02 - 163:15 | **Kerik, Bernard 2023-03-20** | 00:00:21 | Kerik.25 |
| | 163:02      (Kerik Deposition Exhibit 19 marked for | | |
| | 163:03      identification and attached to the | | |
| | 163:04      transcript.) | | |
| | 163:05      BY MS. HOUGHTON-LARSEN: | | |
| | 163:06  Q.  Okay.  So Mr. Kerik, just looking at the | | |
| 🔗 343.1.1 | 163:07      top half of this first page, this is a tweet from | | |
| | 163:08      your Twitter account on December 27th, 2020, | | |
| | 163:09      right? | | |
| | 163:10  A.  Right. | | |
| 🔗 343.1.2 | 163:11  Q.  And you say, "Hey stupid, no evidence? | | |
| | 163:12      You can't be that much of a moron, so it's got to | | |
| | 163:13      be something else." | | |
| | 163:14      Is that correct? | | |
| | 163:15  A.  Right. | | |
| 166:15 - 167:11 | **Kerik, Bernard 2023-03-20** | 00:00:49 | Kerik.26 |
| 🔗 343.2.1 | 166:15  Q.  Okay.  And then, below that, you see -- | | |
| | 166:16      you've tweeted a screen grab of the Georgia | | |
| | 166:17      portion of the Giuliani strategic communications | | |
| | 166:18      plan, right? | | |
| | 166:19  A.  Right. | | |
| | 166:20  Q.  Okay.  And why were you tweeting these? | | |

Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 166:21 | A. | To get people to understand what we were | | |
| | 166:22 | | finding. | | |
| | 167:01 | Q. | Okay. | | |
| | 167:02 | A. | And you had -- we had legislators that | | |
| | 167:03 | | were saying there was -- there's no election | | |
| | 167:04 | | fraud, there's nothing to look at. And we were | | |
| | 167:05 | | still actively looking, actively finding, and | | |
| | 167:06 | | trying to get them to understand what they should | | |
| | 167:07 | | be looking at. | | |
| | 167:08 | Q. | Okay. You can put that to the side. | | |
| | 167:09 | | Thank you. | | |
| | 167:10 | | MS. HOUGHTON-LARSEN: We're going to mark | | |
| 🔗 342.1 | 167:11 | | as Exhibit 20 -- thank you very much. | | |
| 167:12 - 167:20 | **Kerik, Bernard 2023-03-20** | | | 00:00:13 | Kerik.27 |
| | 167:12 | | (Kerik Deposition Exhibit 20 marked for | | |
| | 167:13 | | identification and attached to the | | |
| | 167:14 | | transcript.) | | |
| | 167:15 | | BY MS. HOUGHTON-LARSEN: | | |
| 🔗 342.1.1 | 167:16 | Q. | Okay. Do you see at the top of this | | |
| | 167:17 | | there is a tweet from Josh Barnett on | | |
| | 167:18 | | December 28th, 2020? | | |
| | 167:19 | A. | Yeah. | | |
| 🔗 342.1.2 | 167:20 | Q. | And he's -- said @BernardKerik. | | |
| 168:06 - 169:02 | **Kerik, Bernard 2023-03-20** | | | 00:00:40 | Kerik.28 |
| | 168:06 | Q. | Do you see that? | | |
| | 168:07 | A. | Yeah, yeah, yeah. | | |
| | 168:08 | Q. | Okay. And he has attached a screen grab | | |
| | 168:09 | | of the same Pennsylvania -- or substantially same | | |
| | 168:10 | | Pennsylvania portion of the Giuliani strategic | | |
| | 168:11 | | plan, right? | | |
| | 168:12 | A. | Okay. Yeah. | | |
| | 168:13 | Q. | Do you know how he came to have that | | |
| | 168:14 | | portion of the plan? | | |
| | 168:15 | A. | Took it off my Twitter account. | | |
| | 168:16 | Q. | Okay. | | |
| | 168:17 | A. | I think. | | |
| | 168:18 | Q. | And then, below that, it says you're | | |
| 🔗 342.1.3 | 168:19 | | replying to BarnettForAZ, and you write, "For | | |
| | 168:20 | | Georgia"? | | |
| | 168:21 | A. | Okay. | | |

## Kerik - Kerik_Plaintiff Affirmatives_7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 168:22  Q.  And then you attach the Georgia portion | | |
| | 169:01        of the plan again; is that correct? | | |
| | 169:02  A.  That's what it looks like. | | |

| | | |
|---|---|---|
| Our Designations | | 00:13:30 |
| **TOTAL RUN TIME** | | **00:13:30** |

Documents linked to video:
1
287
342
343
345