# EXHIBIT 2

# Ellis_Plaintiff Affirmatives_3

Designation List Report

 **Ellis, Jenna**　　　　　　　　　　　　　　　　　　　**2023-06-26**

| Our Designations | 00:18:55 |
|---|---|
| **TOTAL RUN TIME** | **00:18:55** |



**Plaintiffs' Exhibit**
**PTX-594**
―――――――――
**C.A. No. 21-3354 (BAH)**
**ID: Ellis**

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:24 - 7:05 | **Ellis, Jenna 2023-06-26** | 00:00:11 | Ellis.1 |
| | 6:24    Q.   Good morning, Ms. Ellis. | | |
| | 6:25    A.   Morning. | | |
| | 7:01         CONFIDENTIAL - ELLIS | | |
| | 7:02    Q.   Could you please state your full | | |
| | 7:03         name for the record? | | |
| | 7:04    A.   Jenna Ellis, last name E-L-L-I-S. | | |
| | 7:05    Q.   Thank you. | | |
| 8:10 - 8:20 | **Ellis, Jenna 2023-06-26** | 00:00:24 | Ellis.2 |
| | 8:10    Q.   So, in light of that, you | | |
| | 8:11         understand that you're under oath today? | | |
| | 8:12    A.   I do. | | |
| | 8:13    Q.   And you understand that being | | |
| | 8:14         under oath means that your testimony carries | | |
| | 8:15         the same weight as it would if you're | | |
| | 8:16         testifying before a judge or a jury? | | |
| | 8:17    A.   I have had an opportunity to | | |
| | 8:18         consult with my counsel, and I am aware of | | |
| | 8:19         what a deposition is and what the purpose | | |
| | 8:20         here is. | | |
| 17:22 - 18:08 | **Ellis, Jenna 2023-06-26** | 00:00:18 | Ellis.3 |
| | 17:22    Q.   We're going to mark as Exhibit 1 | | |
| | 17:23         and put on the screen in a moment a document | | |
| | 17:24         entitled "Stipulation to Discipline Pursuant | | |
| | 17:25         to CRCP 242.19." | | |
| | 18:01         CONFIDENTIAL - ELLIS | | |
| | 18:02         (Whereupon, a Document, Supreme | | |
| | 18:03         Court, State of Colorado, Original | | |
| | 18:04         Proceeding in Discipline Before the | | |
| | 18:05         Presiding Disciplinary Judge was | | |
| | 18:06         marked as Plaintiffs' Exhibit No. 1 | | |
| | 18:07         for identification, as of this | | |
| | 18:08         date.) | | |
| 18:19 - 19:06 | **Ellis, Jenna 2023-06-26** | 00:00:32 | Ellis.4 |
| | 18:19    Q.   Ms. Ellis, are you familiar with | | |
| | 18:20         this document? | | |
| | 18:21    A.   I am. | | |
| | 18:22    Q.   What is it? | | |
| | 18:23    A.   It is the stipulation to | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 18:24 | | discipline. To discipline pursuant to | | |
| | 18:25 | | CRCP 242.19 per the caption. | | |
| | 19:01 | | CONFIDENTIAL - ELLIS | | |
| | 19:02 | Q. | Thank you. | | |
| | 19:03 | | And you see that it's dated | | |
| | 19:04 | | February 10, 2023 on my screen. | | |
| | 19:05 | A. | Yes. Yes. Apologies. | | |
| | 19:06 | | February 13th. | | |
| 19:20 - 19:25 | **Ellis, Jenna 2023-06-26** | | | 00:00:14 | Ellis.5 |
| | 19:20 | Q. | You signed this document? | | |
| | 19:21 | A. | Yes. | | |
| | 19:22 | Q. | You swore to the accuracy of this | | |
| | 19:23 | | document? | | |
| | 19:24 | A. | I'm not sure what you mean by | | |
| | 19:25 | | that. | | |
| 20:01 - 20:24 | **Ellis, Jenna 2023-06-26** | | | 00:01:13 | Ellis.6 |
| | 20:01 | | CONFIDENTIAL - ELLIS | | |
| | 20:02 | Q. | Ms. Ellis, were you truthful in -- | | |
| | 20:03 | | were you truthful that the document set | | |
| | 20:04 | | forth in this stipulation were accurate? | | |
| | 20:05 | A. | Pursuant to consulting with | | |
| | 20:06 | | counsel, I will invoke my Fifth Amendment | | |
| | 20:07 | | Right and decline to answer the question. | | |
| | 20:08 | Q. | Ms. Ellis, you would not have | | |
| | 20:09 | | signed your name on a document that you did | | |
| | 20:10 | | not believe to be true; is that correct? | | |
| | 20:11 | A. | Pursuant to advice of counsel, I | | |
| | 20:12 | | will invoke my Fifth Amendment right and | | |
| | 20:13 | | decline to answer the question. | | |
| | 20:14 | Q. | And is it also correct that you | | |
| | 20:15 | | would not have sworn to a document that you | | |
| | 20:16 | | did not believe to be truthful? | | |
| | 20:17 | A. | And pursuant to my Fifth Amendment | | |
| | 20:18 | | right, I will invoke my right and decline to | | |
| | 20:19 | | answer the question. | | |
| | 20:20 | | MR. HAVERSTICK: Excuse me. | | |
| | 20:21 | | Now, counsel, can we come up with | | |
| | 20:22 | | a shorthand so that you understand | | |
| | 20:23 | | that, when Ms. Ellis uses it, she's | | |
| | 20:24 | | invoking her Fifth Amendment right | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:19 - 22:19 | **Ellis, Jenna 2023-06-26** | 00:01:06 | Ellis.7 |
| | 21:19   A.   If it's all the same to you, I | | |
| | 21:20         would prefer, for sake of the record, to | | |
| | 21:21         simply say I invoke my -- I invoke the Fifth | | |
| | 21:22         rather than same answer just in case. | | |
| | 21:23         MR. HAVERSTICK: I think that -- I | | |
| | 21:24         think that's -- I think that makes | | |
| | 21:25         sense. | | |
| | 22:01         CONFIDENTIAL - ELLIS | | |
| | 22:02         MR. RYAN: That works and -- yes. | | |
| | 22:03   Q.   That works. | | |
| | 22:04         Ms. Ellis, is it correct that, in | | |
| | 22:05         this stipulation, you admit that you engaged | | |
| | 22:06         in misconduct in connection with statements | | |
| | 22:07         you made after the 2020 presidential | | |
| | 22:08         election? | | |
| | 22:09   A.   I invoke the Fifth. | | |
| | 22:10   Q.   And in this stipulation, you admit | | |
| | 22:11         that you engaged in misconduct in connection | | |
| | 22:12         with the statements you made about fraud in | | |
| | 22:13         Georgia after the 2020 presidential | | |
| | 22:14         election? | | |
| | 22:15   A.   I invoke the Fifth. | | |
| | 22:16   Q.   You agree that the misconduct you | | |
| | 22:17         admitted to in this document were -- | | |
| | 22:18         warranted public censure? | | |
| | 22:19   A.   I invoke the Fifth. | | |
| 27:08 - 27:12 | **Ellis, Jenna 2023-06-26** | 00:00:12 | Ellis.8 |
| | 27:08   Q.   Ms. Ellis, isn't it correct that | | |
| | 27:09         Rudy Giuliani led the team of individuals | | |
| | 27:10         that included you who were challenging the | | |
| | 27:11         results of the 2020 Presidential Election? | | |
| | 27:12   A.   I invoke the Fifth. | | |
| 27:08 - 27:25 | **Ellis, Jenna 2023-06-26** | 00:00:53 | Ellis.9 |
| | 27:08   Q.   Ms. Ellis, isn't it correct that | | |
| | 27:09         Rudy Giuliani led the team of individuals | | |
| | 27:10         that included you who were challenging the | | |
| | 27:11         results of the 2020 Presidential Election? | | |
| | 27:12   A.   I invoke the Fifth. | | |
| | 27:13   Q.   And you and Mr. Giuliani were | | |

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 27:14 | working together to achieve the same goals? | | |
| | 27:15 | A. I invoke the Fifth. | | |
| | 27:16 | Q. In your time working to challenge | | |
| | 27:17 | the results of the 2020 presidential | | |
| | 27:18 | election, as paragraph 6A speaks to, you | | |
| | 27:19 | were working for Mr. Giuliani, correct? | | |
| | 27:20 | A. I invoke the Fifth. | | |
| | 27:21 | Q. Mr. Giuliani was, in fact, | | |
| | 27:22 | directing the efforts of the team that made | | |
| | 27:23 | efforts to challenge President Biden's | | |
| | 27:24 | victory in the 2020 presidential election? | | |
| | 27:25 | A. I invoke the Fifth. | | |
| 28:01 - 28:11 | **Ellis, Jenna 2023-06-26** | | 00:00:24 | Ellis.10 |
| | 28:01 | CONFIDENTIAL - ELLIS | | |
| | 28:02 | Q. Mr. Giuliani's efforts to | | |
| | 28:03 | challenge the results of the 2020 | | |
| | 28:04 | presidential election meant overturning the | | |
| | 28:05 | results of that election, correct? | | |
| | 28:06 | A. I invoke the Fifth. | | |
| | 28:07 | Q. And the team making efforts to | | |
| | 28:08 | overturn the 2020 presidential election, in | | |
| | 28:09 | fact, knew that President Trump did not win | | |
| | 28:10 | the 2020 election, correct? | | |
| | 28:11 | A. I invoke the Fifth. | | |
| 31:21 - 32:22 | **Ellis, Jenna 2023-06-26** | | 00:01:07 | Ellis.11 |
| | 31:21 | Q. Ms. Ellis, you are aware that | | |
| | 31:22 | Mr. Giuliani's strategy to overturn the | | |
| | 31:23 | 2020 presidential election included | | |
| | 31:24 | convincing the public that the election was | | |
| | 31:25 | stolen from President Trump; is that | | |
| | 32:01 | CONFIDENTIAL - ELLIS | | |
| | 32:02 | correct? | | |
| | 32:03 | A. I invoke the Fifth. | | |
| | 32:04 | Q. And part of convincing the public | | |
| | 32:05 | that the election was stolen involved | | |
| | 32:06 | alleging fraud in certain battleground | | |
| | 32:07 | states including Georgia, correct? | | |
| | 32:08 | A. I invoke the Fifth. | | |
| | 32:09 | Q. You are aware that part of | | |
| | 32:10 | Mr. Giuliani's strategy to overturn the | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 32:11 | 2020 presidential election including trying | | |
| | 32:12 | to convince the public that the election was | | |
| | 32:13 | stolen from President Trump because of fraud | | |
| | 32:14 | in Georgia, correct? | | |
| | 32:15 | A. I invoke the Fifth. | | |
| | 32:16 | Q. And you are aware that part of | | |
| | 32:17 | Mr. Giuliani's strategy to overturn the | | |
| | 32:18 | 2020 presidential election included trying | | |
| | 32:19 | to convince the public that the election was | | |
| | 32:20 | stolen from President Trump due to fraud in | | |
| | 32:21 | State Farm Arena in Georgia, correct? | | |
| | 32:22 | A. I invoke the Fifth. | | |
| 84:04 - 84:23 | **Ellis, Jenna 2023-06-26** | | 00:00:56 | Ellis.12 |
| | 84:04 | MR. RYAN: I would like to go back | | |
| | 84:05 | to what we marked as Exhibit 10 now. | | |
| | 84:06 | (Whereupon, a Document, Opinion | | |
| | 84:07 | Approving Stipulation to Discipline | | |
| | 84:08 | Under C.R.C.P. 242.19(c) was marked | | |
| | 84:09 | as Plaintiffs' Exhibit No. 10 for | | |
| | 84:10 | identification, as of this date.) | | |
| | 84:11 | MR. RYAN: And I note for the | | |
| | 84:12 | record, while we're pulling it up, this | | |
| | 84:13 | is a document publicly available titled | | |
| | 84:14 | "Opinion Approving Stipulation of | | |
| | 84:15 | Discipline under CRCP 242.19(c). | | |
| | 84:16 | Zoom out more. | | |
| | 84:17 | Q. Ms. Ellis, do you recognize this | | |
| | 84:18 | document? | | |
| | 84:19 | A. I do. I've seen it before. | | |
| | 84:20 | Q. Okay. This is the order approving | | |
| | 84:21 | the stipulation that we just discussed at | | |
| | 84:22 | length as Exhibit 1, correct? | | |
| | 84:23 | A. Yes. | | |
| 85:13 - 86:08 | **Ellis, Jenna 2023-06-26** | | 00:00:45 | Ellis.13 |
| | 85:13 | Q. If we could, then, go to the first | | |
| | 85:14 | paragraph of this document that states: | | |
| | 85:15 | While serving as a senior legal advisor to | | |
| | 85:16 | the, then, President of the United States | | |
| | 85:17 | and as counsel for his reelection campaign, | | |
| | 85:18 | Jenna Lynn Ellis, respondent, repeatedly | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 85:19 | made misrepresentations on national | | |
| | 85:20 | television and on Twitter undermining the | | |
| | 85:21 | American public's confidence in the | | |
| | 85:22 | 2020 presidential election. | | |
| | 85:23 | Do you see that? | | |
| | 85:24 | A. I do. | | |
| | 85:25 | Q. And then it says: The parties | | |
| | 86:01 | CONFIDENTIAL - ELLIS | | |
| | 86:02 | stipulate that respondent's misconduct | | |
| | 86:03 | warrants public censure and the presiding | | |
| | 86:04 | disciplinary -- presiding disciplinary | | |
| | 86:05 | judge, the Court, approves the party's | | |
| | 86:06 | stipulation. | | |
| | 86:07 | Do you see that? | | |
| | 86:08 | A. I do. | | |
| 88:06 - 89:09 | **Ellis, Jenna 2023-06-26** | | 00:01:08 | Ellis.14 |
| | 88:06 | Q. Would you agree that your conduct | | |
| | 88:07 | undermined the American public's confidence | | |
| | 88:08 | in the presidential election? | | |
| | 88:09 | A. I invoke the Fifth. | | |
| | 88:10 | Q. You are aware that undermining the | | |
| | 88:11 | public's confidence in the election was a | | |
| | 88:12 | goal of Mr. Giuliani, correct? | | |
| | 88:13 | A. I invoke the Fifth. | | |
| | 88:14 | Q. And Mr. Giuliani directed the team | | |
| | 88:15 | of which you were a part and which he | | |
| | 88:16 | managed to work to undermine the public's | | |
| | 88:17 | confidence in the election, correct? | | |
| | 88:18 | A. I invoke the Fifth. | | |
| | 88:19 | Q. And you were aware that this was a | | |
| | 88:20 | goal of Mr. Giuliani in order to overturn | | |
| | 88:21 | the results of the election and make | | |
| | 88:22 | President Trump president again, correct? | | |
| | 88:23 | A. I invoke the Fifth. | | |
| | 88:24 | Q. And you are aware that one of the | | |
| | 88:25 | strategies in order to accomplish this was | | |
| | 89:01 | CONFIDENTIAL - ELLIS | | |
| | 89:02 | making public and false statements claiming | | |
| | 89:03 | there was widespread fraud in the | | |
| | 89:04 | 2020 election, correct? | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 89:05 | A. I invoke the Fifth. | | |
| | 89:06 | Q. And that strategy included false | | |
| | 89:07 | claims of fraud in Georgia specifically, | | |
| | 89:08 | correct? | | |
| | 89:09 | A. I invoke the Fifth. | | |
| 89:16 - 90:12 | **Ellis, Jenna 2023-06-26** | | 00:00:46 | Ellis.15 |
| | 89:16 | Q. And you are aware that | | |
| | 89:17 | Mr. Giuliani often took to Twitter to make | | |
| | 89:18 | false statements about the 2020 presidential | | |
| | 89:19 | election? | | |
| | 89:20 | A. I invoke the Fifth. | | |
| | 89:21 | Q. And you are aware that | | |
| | 89:22 | Mr. Giuliani often went on TV to make false | | |
| | 89:23 | statements about the election, correct? | | |
| | 89:24 | A. I invoke the Fifth. | | |
| | 89:25 | Q. And you are aware that | | |
| | 90:01 | CONFIDENTIAL - ELLIS | | |
| | 90:02 | Mr. Giuliani regularly went on his -- a | | |
| | 90:03 | number of different podcasts and radio shows | | |
| | 90:04 | to make false statements about the election, | | |
| | 90:05 | correct? | | |
| | 90:06 | A. I invoke the Fifth. | | |
| | 90:07 | Q. And the reason for this, as you | | |
| | 90:08 | are aware, was that Mr. Giuliani wanted to | | |
| | 90:09 | make people believe that his team had | | |
| | 90:10 | evidence that the 2020 presidential election | | |
| | 90:11 | was stolen in Georgia, correct? | | |
| | 90:12 | A. I invoke the Fifth. | | |
| 90:21 - 91:06 | **Ellis, Jenna 2023-06-26** | | 00:00:23 | Ellis.16 |
| | 90:21 | Q. So, in turn, you and Mr. Giuliani | | |
| | 90:22 | made false statements that were motivated by | | |
| | 90:23 | this the desire to overturn the results of | | |
| | 90:24 | the 2020 presidential election, correct? | | |
| | 90:25 | A. I invoke the Fifth. | | |
| | 91:01 | CONFIDENTIAL - ELLIS | | |
| | 91:02 | Q. And you and Defendant Giuliani | | |
| | 91:03 | made false statements about the 2020 | | |
| | 91:04 | presidential election knowing they were not | | |
| | 91:05 | true in furtherance of that motive, correct. | | |
| | 91:06 | A. I invoke the Fifth. | | |

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 94:19 - 96:16 | **Ellis, Jenna 2023-06-26** | 00:02:02 | Ellis.17 |

| | | |
|---|---|---|
| 94:19 | Q. | Ms. Ellis, who is Christina Bobb? |
| 94:20 | A. | I invoke the Fifth. |
| 94:21 | Q. | Ms. Bobb worked for One America |
| 94:22 | | News Network and was also part of the team |
| 94:23 | | that Mr. Giuliani led that endeavored to |
| 94:24 | | overturn the results of the |
| 94:25 | | 2020 presidential election, correct? |
| 95:01 | | CONFIDENTIAL - ELLIS |
| 95:02 | A. | I invoke the Fifth. |
| 95:03 | Q. | And she was emailing Mr. Giuliani |
| 95:04 | | and Bernard Kerik and yourself because you |
| 95:05 | | were all part of the team working to |
| 95:06 | | overturn the presidential election in |
| 95:07 | | Georgia, correct? |
| 95:08 | A. | I invoke the Fifth. |
| 95:09 | Q. | And if we go to the second half of |
| 95:10 | | this first page, do you see that there is an |
| 95:11 | | email from Ray Smith, III? |
| 95:12 | A. | I see that on the screen. |
| 95:13 | Q. | Who is Ray Smith? |
| 95:14 | A. | I invoke the Fifth. |
| 95:15 | Q. | Ray Smith was a member of the same |
| 95:16 | | team led by Mr. Giuliani that endeavored to |
| 95:17 | | overturn the results of the |
| 95:18 | | 2020 presidential election, correct? |
| 95:19 | A. | I invoke the Fifth. |
| 95:20 | Q. | Jackie Pick was also a member of |
| 95:21 | | the team led by Mr. Giuliani that endeavored |
| 95:22 | | to overturn the results of the |
| 95:23 | | 2020 presidential election, correct? |
| 95:24 | A. | I invoke the Fifth. |
| 95:25 | | MR. RYAN: If we can go back to |
| 96:01 | | CONFIDENTIAL - ELLIS |
| 96:02 | | the top, Carrie? |
| 96:03 | Q. | Ms. Ellis, do you see the first |
| 96:04 | | sentence after "Good afternoon, team"? |
| 96:05 | | It says: Here is the witnesses |
| 96:06 | | and affidavits for tomorrow's meeting in |
| 96:07 | | Georgia. |
| 96:08 | | You see that, correct? |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 96:09 | A. I see that on the screen. | | |
| | 96:10 | Q. Was the meeting in -- or rather, I | | |
| | 96:11 | should note, it says: Meeting in GA. | | |
| | 96:12 | Was the meeting in GA the | | |
| | 96:13 | December 3, 2020 hearing before the Georgia | | |
| | 96:14 | State Senate that took place at the Georgia | | |
| | 96:15 | State Capital? | | |
| | 96:16 | A. I invoke the Fifth. | | |
| 99:05 - 99:18 | **Ellis, Jenna 2023-06-26** | | 00:00:34 | Ellis.18 |
| | 99:05 | Q. You are aware that Mr. Giuliani | | |
| | 99:06 | and Mr. Smith agreed in advance of the | | |
| | 99:07 | December 3, 2020 hearing to claim that there | | |
| | 99:08 | was evidence of fraud in Georgia in the 2020 | | |
| | 99:09 | presidential election, correct? | | |
| | 99:10 | A. I invoke the Fifth. | | |
| | 99:11 | Q. You are aware that Mr. Giuliani | | |
| | 99:12 | and Mr. -- strike that. | | |
| | 99:13 | You are aware that Mr. Giuliani | | |
| | 99:14 | and Mr. Smith agreed in advance of the | | |
| | 99:15 | December 3, 2020 hearing to claim that there | | |
| | 99:16 | was fraud in the ballot-counting efforts at | | |
| | 99:17 | State Farm Arena, correct? | | |
| | 99:18 | A. I invoke the Fifth. | | |
| 102:09 - 102:14 | **Ellis, Jenna 2023-06-26** | | 00:00:15 | Ellis.19 |
| | 102:09 | You are aware that Mr. Giuliani | | |
| | 102:10 | and Mr. Smith agreed in advance of the | | |
| | 102:11 | December 3, 2020 hearing to use the video we | | |
| | 102:12 | just discussed of State Farm Arena during | | |
| | 102:13 | the December 3, 2020 hearing, correct? | | |
| | 102:14 | A. I invoke the Fifth. | | |
| 102:24 - 103:25 | **Ellis, Jenna 2023-06-26** | | 00:01:11 | Ellis.20 |
| | 102:24 | Q. You are aware that Mr. Giuliani -- | | |
| | 102:25 | you are aware that Mr. Giuliani viewed the | | |
| | 103:01 | CONFIDENTIAL - ELLIS | | |
| | 103:02 | State Farm Arena video with Mr. Smith in | | |
| | 103:03 | advance of the December 3, 2020 hearing, | | |
| | 103:04 | correct? | | |
| | 103:05 | A. I invoke the Fifth. | | |
| | 103:06 | Q. You are aware that Mr. Giuliani | | |
| | 103:07 | agreed that the State Farm Arena video | | |

Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 103:08 | should be used at the December 3, 2020 | | |
| | 103:09 | hearing to claim fraud in the | | |
| | 103:10 | 2020 presidential election, correct? | | |
| | 103:11 A. | I invoke the Fifth. | | |
| | 103:12 Q. | In advance of your claim that this | | |
| | 103:13 | video -- the State Farm Arena video showed | | |
| | 103:14 | fraud, you had not viewed the video in its | | |
| | 103:15 | entirety, correct? | | |
| | 103:16 A. | I invoke the Fifth. | | |
| | 103:17 Q. | You are aware that Mr. Giuliani | | |
| | 103:18 | had not viewed the entire State Farm Arena | | |
| | 103:19 | video in advance of agreeing that he would | | |
| | 103:20 | claim it showed fraud, collect -- correct? | | |
| | 103:21 A. | I invoke the Fifth. | | |
| | 103:22 Q. | You are aware that Mr. Giuliani | | |
| | 103:23 | has taken no steps to investigate the State | | |
| | 103:24 | Farm Arena video, correct? | | |
| | 103:25 A. | I invoke the Fifth. | | |
| 133:05 - 133:21 | **Ellis, Jenna 2023-06-26** | | 00:00:37 | Ellis.21 |
| | 133:05 Q. | Then the time following the | | |
| | 133:06 | December 3, 2020 hearing, you continued to | | |
| | 133:07 | claim that the State Farm Arena video showed | | |
| | 133:08 | fraud, correct? | | |
| | 133:09 A. | I invoke the Fifth. | | |
| | 133:10 Q. | You did so because you were aware | | |
| | 133:11 | that it was part of Mr. Giuliani's strategy | | |
| | 133:12 | to use the State Farm Arena video in order | | |
| | 133:13 | to claim that there was fraud in the | | |
| | 133:14 | presidential election in Georgia, correct? | | |
| | 133:15 A. | I invoke the Fifth. | | |
| | 133:16 Q. | You were also aware that it was | | |
| | 133:17 | part of Mr. Giuliani's strategy to use the | | |
| | 133:18 | State Farm Arena video as part of his | | |
| | 133:19 | efforts to overturn the national | | |
| | 133:20 | presidential election, correct? | | |
| | 133:21 A. | I invoke the Fifth. | | |
| 134:03 - 134:11 | **Ellis, Jenna 2023-06-26** | | 00:00:18 | Ellis.22 |
| | 134:03 Q. | And you were aware that members of | | |
| | 134:04 | Mr. Giuliani's team, which he led and which | | |
| | 134:05 | endeavored to overturn the results of the | | |

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 134:06 | 2020 presidential election, agreed with | | |
| | 134:07 | Mr. Giuliani to use the State Farm Arena | | |
| | 134:08 | video as part of his efforts to overturn the | | |
| | 134:09 | results of the presidential election, | | |
| | 134:10 | correct? | | |
| | 134:11  A. | I invoke the Fifth. | | |
| 154:23 - 155:22 | **Ellis, Jenna 2023-06-26** | | 00:00:53 | Ellis.23 |
| | 154:23  Q. | You are aware that Mr. Giuliani | | |
| | 154:24 | knew it was not true that my clients | | |
| | 154:25 | surreptitiously passed around USB drives, | | |
| | 155:01 | CONFIDENTIAL - ELLIS | | |
| | 155:02 | correct? | | |
| | 155:03  A. | I invoke the Fifth. | | |
| | 155:04  Q. | You aware that my clients decided | | |
| | 155:05 | to claim -- you're aware that Mr. Giuliani | | |
| | 155:06 | decided to claim that my clients | | |
| | 155:07 | surreptitiously passed around USB drives | | |
| | 155:08 | that are not supposed to be placed in | | |
| | 155:09 | Dominion voting machines even though | | |
| | 155:10 | Mr. Giuliani knew that was not true, | | |
| | 155:11 | correct? | | |
| | 155:12  A. | I invoke the Fifth. | | |
| | 155:13  Q. | You are aware that Mr. Giuliani | | |
| | 155:14 | chose to do this as part of his strategy to | | |
| | 155:15 | overturn the results of the | | |
| | 155:16 | 2020 presidential election, correct? | | |
| | 155:17  A. | I invoke the Fifth. | | |
| | 155:18  Q. | You are aware that Mr. Giuliani | | |
| | 155:19 | claims that my clients committed additional | | |
| | 155:20 | crimes, including one in particular that he | | |
| | 155:21 | deemed the crime of the century, correct? | | |
| | 155:22  A. | I invoke the Fifth. | | |
| 156:03 - 156:06 | **Ellis, Jenna 2023-06-26** | | 00:00:06 | Ellis.24 |
| | 156:03  Q. | You don't have any evidence that | | |
| | 156:04 | my clients committed additional crimes, | | |
| | 156:05 | correct? | | |
| | 156:06  A. | I invoke the Fifth. | | |
| 156:15 - 157:04 | **Ellis, Jenna 2023-06-26** | | 00:00:31 | Ellis.25 |
| | 156:15  Q. | You are aware that Mr. Giuliani | | |
| | 156:16 | knew it was untrue that my clients committed | | |

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 156:17 | additional crimes, correct? | | |
| | 156:18 A. | I invoke the Fifth. | | |
| | 156:19 Q. | You are aware that my -- | | |
| | 156:20 | Mr. Giuliani decided to claim that my | | |
| | 156:21 | clients committed additional crimes even | | |
| | 156:22 | though he knew it was untrue, correct? | | |
| | 156:23 A. | I invoke the Fifth. | | |
| | 156:24 Q. | And you are aware that | | |
| | 156:25 | Mr. Giuliani decided to do this as part of | | |
| | 157:01 | CONFIDENTIAL - ELLIS | | |
| | 157:02 | his strategy to overturn the results of the | | |
| | 157:03 | 2020 presidential election, correct? | | |
| | 157:04 A. | I invoke the Fifth. | | |
| 157:15 - 157:25 | **Ellis, Jenna 2023-06-26** | | 00:00:23 | Ellis.26 |
| | 157:15 Q. | You are aware that my clients were | | |
| | 157:16 | convenient scapegoats for President Trump's | | |
| | 157:17 | supporters, correct? | | |
| | 157:18 A. | I invoke the Fifth. | | |
| | 157:19 Q. | You were aware that Mr. Giuliani | | |
| | 157:20 | pointed to my clients for the sole purpose | | |
| | 157:21 | of helping to overturn the presidential | | |
| | 157:22 | election without any evidence that it was | | |
| | 157:23 | true, correct? | | |
| | 157:24 A. | I invoke the Fifth. | | |
| | 157:25 Q. | | | |
| 157:25 - 158:04 | **Ellis, Jenna 2023-06-26** | | 00:00:13 | Ellis.27 |
| | 157:25 Q. | And Mr. Giuliani was also aware | | |
| | 158:01 | CONFIDENTIAL - ELLIS | | |
| | 158:02 | that my clients were convenient scapegoats | | |
| | 158:03 | for President Trump supporters, correct? | | |
| | 158:04 A. | I invoke the Fifth. | | |
| 158:09 - 158:15 | **Ellis, Jenna 2023-06-26** | | 00:00:15 | Ellis.28 |
| | 158:09 Q. | Mr. Giuliani directed you, as well | | |
| | 158:10 | as the rest of the team that he oversaw, to | | |
| | 158:11 | point to my clients for the sole purpose of | | |
| | 158:12 | helping to overturn the presidential | | |
| | 158:13 | election without any evidence that it was | | |
| | 158:14 | true, correct? | | |
| | 158:15 A. | I invoke the Fifth. | | |

## Ellis - Ellis_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 179:18 - 180:22 | **Ellis, Jenna 2023-06-26** | 00:01:07 | Ellis.29 |
| | 179:18 Q. Ms. Ellis, is it correct that you | | |
| | 179:19     were banned from appearing on Fox News on | | |
| | 179:20     December 13, 2020 with respect to | | |
| | 179:21     appearances having to do with you speaking | | |
| | 179:22     about election fraud -- allegations of | | |
| | 179:23     elections fraud in the 2020 presidential | | |
| | 179:24     election. | | |
| | 179:25 A. I invoke the Fifth. | | |
| | 180:01     CONFIDENTIAL - ELLIS | | |
| | 180:02 Q. And Mr. Giuliani was also banned | | |
| | 180:03     at the same -- on the same date, correct? | | |
| | 180:04 A. I invoke the Fifth. | | |
| | 180:05 Q. You were -- you were banned on | | |
| | 180:06     December 13th for repeatedly making false | | |
| | 180:07     statements regarding the presidential -- the | | |
| | 180:08     2020 presidential election, correct? | | |
| | 180:09 A. I invoke the Fifth. | | |
| | 180:10 Q. And those false statements | | |
| | 180:11     including allegations pertaining to Georgia, | | |
| | 180:12     correct? | | |
| | 180:13 A. I invoke the Fifth. | | |
| | 180:14 Q. You are aware that Mr. Giuliani | | |
| | 180:15     was also banned for repeated making false | | |
| | 180:16     statements regarding the 2020 presidential | | |
| | 180:17     election, correct? | | |
| | 180:18 A. I invoke the Fifth. | | |
| | 180:19 Q. And those false statements | | |
| | 180:20     including those pertaining to allegations of | | |
| | 180:21     fraud in Georgia, correct. | | |
| | 180:22 A. I invoke the Fifth. | | |

| Our Designations | 00:18:55 |
|---|---|
| **TOTAL RUN TIME** | **00:18:55** |