# EXHIBIT 3

# Bobb_Plaintiff Affirmatives_3

Designation List Report

 **Bobb, Christina**　　　　　　　　　　　　　　　　2023-05-16

| | |
|---|---:|
| Our Designations | 00:10:16 |
| **TOTAL RUN TIME** | **00:10:16** |



**Plaintiffs' Exhibit**
**PTX-595**

C.A. No. 21-3354 (BAH)

**ID: Bobb**

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:13 - 6:15 | **Bobb, Christina 2023-05-16** | 00:00:03 | Bobb.1 |
| | 6:13   Q.   Please state your full name for the<br>6:14        record.<br>6:15   A.   Christina Bobb. | | |
| 13:02 - 13:02 | **Bobb, Christina 2023-05-16** | 00:00:02 | Bobb.2 |
| | 13:02        MS. KWON:  Let's mark the first exhibit. | | |
| 13:03 - 13:14 | **Bobb, Christina 2023-05-16** | 00:00:21 | Bobb.3 |
| | 13:03        (Thereupon, the referred-to document was<br>13:04        marked for Identification as Plaintiff's Exhibit 1.)<br>13:05        BY MS. KWON:<br>13:06   Q.   I'd like to talk about the book you<br>13:07        published in January of 2023, "Stealing Your Vote:<br>13:08        The Inside Story of the 2020 Election and What It<br>13:09        Means for 2024."<br>13:10        The court reporter has handed you a copy<br>13:11        of your book which has been marked as Exhibit 1.<br>13:12        If I refer to your book, you'll understand<br>13:13        that I'm talking about "Stealing Your Vote"?<br>13:14   A.   Okay, yes. | | |
| 16:11 - 16:12 | **Bobb, Christina 2023-05-16** | 00:00:06 | Bobb.4 |
| | 16:11   Q.   I'd like to direct your attention to<br>16:12        page 6 of your book, to the section with the heading | | |
| 16:13 - 17:04 | **Bobb, Christina 2023-05-16** | 00:00:44 | Bobb.5 |
| | 16:13        "Rudy Giuliani's Legal Team."<br>16:14        Do you see that?<br>16:15   A.   Yes.<br>16:16   Q.   So that section begins, "In the days after<br>16:17        the election, as questions continued to go<br>16:18        unanswered, I was put in touch with Rudy Giuliani.<br>16:19        And by mid-November 2020, I had volunteered to help<br>16:20        Rudy's legal team investigate and challenge the<br>16:21        results of the 2020 election.  I was asked to focus<br>16:22        on coordinating the litigation efforts in Arizona,<br>16:23        Michigan and New Mexico."<br>16:24        Did I read that correctly?<br>16:25   A.   Yes.<br>17:01   Q.   Who put you in touch with Mr. Giuliani?<br>17:02   A.   Chanel Rion.<br>17:03   Q.   Who is Chanel Rion? | | |

**Bobb - Bobb_Plaintiff Affirmatives_3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:04   A.  A reporter for America News. | | |
| 17:05 - 17:08 | **Bobb, Christina 2023-05-16** | 00:00:08 | Bobb.6 |
| | 17:05   Q.  When was that? | | |
| | 17:06   A.  Mid-November 2020. | | |
| | 17:07   Q.  So after the election? | | |
| | 17:08   A.  Yes. | | |
| 18:17 - 19:03 | **Bobb, Christina 2023-05-16** | 00:00:28 | Bobb.7 |
| | 18:17   Q.  In the passage on page 6 of your book that | | |
| | 18:18        we just reviewed, you reference "Rudy's legal team." | | |
| | 18:19   A.  Okay. | | |
| | 18:20   Q.  What do you -- | | |
| | 18:21   A.  Well, just to be clear, it's not quoted in | | |
| | 18:22        the book.  You are quoting it. | | |
| | 18:23   Q.  Correct. | | |
| | 18:24   A.  But in the book, it's unquoted. | | |
| | 18:25   Q.  Understood. | | |
| | 19:01        What do you mean by "Rudy's legal team"? | | |
| | 19:02   A.  The group of people that had come together | | |
| | 19:03        to help Rudy after the election. | | |
| 22:23 - 23:14 | **Bobb, Christina 2023-05-16** | 00:01:01 | Bobb.8 |
| | 22:23   Q.  Who comprised the Giuliani legal team? | | |
| | 22:24   A.  I don't know all of them but the ones that | | |
| | 22:25        I know, I would say Jenna Ellis, Boris Epshteyn were | | |
| | 23:01        from the campaign legal team.  Katherine Friess, | | |
| | 23:02        Bernie Kerik who was the lead investigator.  There | | |
| | 23:03        were a few others that I don't necessarily remember | | |
| | 23:04        their names that were working on other states. | | |
| | 23:05        Those are the people I can think of off the top of | | |
| | 23:06        my head. | | |
| | 23:07   Q.  Let's start with Jenna Ellis, what was her | | |
| | 23:08        role? | | |
| | 23:09   A.  She did a lot of the TV appearances.  She | | |
| | 23:10        was -- she was like his main sidekick, if you want | | |
| | 23:11        to call it that.  She attended all the hearings with | | |
| | 23:12        him.  She was kind of the main second person. | | |
| | 23:13   Q.  Second person to? | | |
| | 23:14   A.  To Rudy. | | |
| 32:07 - 32:14 | **Bobb, Christina 2023-05-16** | 00:00:22 | Bobb.9 |
| | 32:07   Q.  Do you know who Christianne Allen is? | | |

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:08  A.  Christianne, yes.  She was Rudy's | | |
| | 32:09      assistant.  Sorry, I don't know her formal title. | | |
| | 32:10      But I think that's the role she served. | | |
| | 32:11  Q.  Thank you for the correction. | | |
| | 32:12      Is Christianne Allen someone who was a | | |
| | 32:13      part of the Giuliani legal team? | | |
| | 32:14  A.  Yes. | | |
| 34:16 - 34:20 | **Bobb, Christina 2023-05-16** | 00:00:12 | Bobb.10 |
| | 34:16  Q.  Do you know who Maria Ryan is? | | |
| | 34:17  A.  Yes.  She -- I would say she also filled | | |
| | 34:18      an admin role. | | |
| | 34:19  Q.  On the Giuliani legal team? | | |
| | 34:20  A.  Yes. | | |
| 38:11 - 38:16 | **Bobb, Christina 2023-05-16** | 00:00:16 | Bobb.11 |
| | 38:11  Q.  Do you know who Ray Smith is? | | |
| | 38:12  A.  Yes.  He was local counsel in Georgia. | | |
| | 38:13  Q.  So was he on the Giuliani legal team? | | |
| | 38:14  A.  I would say he was local counsel.  I mean, | | |
| | 38:15      it depends on how you're defining the Rudy Giuliani | | |
| | 38:16      legal team. | | |
| 39:16 - 40:15 | **Bobb, Christina 2023-05-16** | 00:01:12 | Bobb.12 |
| | 39:16  Q.  Did you serve as an intermediary for | | |
| | 39:17      communications to Mr. Giuliani? | | |
| | 39:18  A.  Sometimes.  Mostly via e-mail.  People | | |
| | 39:19      sent me stuff, a law that they wanted to get to him. | | |
| | 39:20      Because I was in D.C. so that's why I have e-mails | | |
| | 39:21      from Ray Smith even though I didn't work on Georgia. | | |
| | 39:22      I was physically in D.C. and could get him physical | | |
| | 39:23      copies. | | |
| | 39:24  Q.  Because you were physically in D.C. and | | |
| | 39:25      could get him physical copies of e-mails is why you | | |
| | 40:01      served as an intermediary for communications to | | |
| | 40:02      Mr. Giuliani? | | |
| | 40:03  A.  That's what you're saying.  That's not | | |
| | 40:04      what I'm saying. | | |
| | 40:05      I'm saying I was physically present in | | |
| | 40:06      Washington, D.C.  Ray Smith was not.  So if Ray | | |
| | 40:07      Smith wanted to know if Rudy had seen a complaint or | | |
| | 40:08      whatever, he would send it to me and I would send it | | |
| | 40:09      to the mayor.  And if I was with the mayor, then Ray | | |

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 40:10  Smith would know that the mayor had seen it. So | | |
| | 40:11  people would send me -- my understanding is that's | | |
| | 40:12  why Ray Smith was sending me all of these e-mails, | | |
| | 40:13  was because he wanted to make sure that the mayor | | |
| | 40:14  saw them and I was physically there. He was not. | | |
| | 40:15  He was in Georgia. | | |
| 40:16 - 41:05 | **Bobb, Christina 2023-05-16** | 00:00:33 | Bobb.13 |
| | 40:16  Q. When you say Mr. Smith would send things | | |
| | 40:17      to you for you to send to Mr. Giuliani, through what | | |
| | 40:18      means? | | |
| | 40:19  A. E-mail. That's why you have the e-mails | | |
| | 40:20      from Ray Smith. So I could say, Mr. Mayor, Ray | | |
| | 40:21      Smith has sent you an e-mail with the complaint in | | |
| | 40:22      it. Have you seen it? Because he knows that I | | |
| | 40:23      would do that. | | |
| | 40:24  Q. Couldn't Mr. Smith e-mail Mr. Giuliani | | |
| | 40:25      directly? | | |
| | 41:01  A. He could. But Rudy is getting like 10,000 | | |
| | 41:02      e-mails a day. He wanted to make sure that I would | | |
| | 41:03      point it out to Rudy and say, hey, there is an | | |
| | 41:04      e-mail in your inbox with a complaint or something, | | |
| | 41:05      whatever the document is. | | |
| 75:09 - 75:16 | **Bobb, Christina 2023-05-16** | 00:00:24 | Bobb.14 |
| | 75:09  Q. The court reporter is handing you what is | | |
| | 75:10      marked as Exhibit 7, which is a copy of text | | |
| | 75:11      messages that you produced as discovery in this case | | |
| | 75:12      through your attorneys with the Bates stamp 350. | | |
| | 75:13  A. Uh-huh. | | |
| | 75:14  Q. Do you recognize these text messages? | | |
| | 75:15  A. I mean, I recognize them as text messages | | |
| | 75:16      we turned over, yes. | | |
| 76:02 - 76:05 | **Bobb, Christina 2023-05-16** | 00:00:13 | Bobb.15 |
| | 76:02  Q. These are December 4, 2020 | | |
| | 76:03      text messages involving you, Giuliani and one other | | |
| | 76:04      person sent between 1:41 and 2:12 p.m. | | |
| | 76:05  A. Uh-huh. | | |
| 76:17 - 76:24 | **Bobb, Christina 2023-05-16** | 00:00:20 | Bobb.16 |
| | 76:17  Q. Okay. So the first message in this chain | | |
| | 76:18      is from Rudy Giuliani at 1:41 p.m. | | |

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 76:19 | It reads, "Send Bowers tape of theft." | | |
| | 76:20 | Did I read that correctly? | | |
| | 76:21 | A. You read it correctly. | | |
| | 76:22 | Q. Is that Rusty Bowers, the former speaker | | |
| | 76:23 | of Arizona House of Representatives? | | |
| | 76:24 | A. Yes. | | |
| 77:25 - 78:09 | **Bobb, Christina 2023-05-16** | | 00:00:18 | Bobb.17 |
| | 77:25 | Q. The second message in this text | | |
| | 78:01 | conversation is from you and you're replying to the | | |
| | 78:02 | first message. | | |
| | 78:03 | Do you see that? | | |
| | 78:04 | A. Yes. | | |
| | 78:05 | Q. And reply, "The GA suitcase tape?" | | |
| | 78:06 | Did I read that correctly? | | |
| | 78:07 | A. You did. | | |
| | 78:08 | Q. And that means the State Farm Arena video? | | |
| | 78:09 | A. That's what I was asking about, yes. | | |
| 78:15 - 79:18 | **Bobb, Christina 2023-05-16** | | 00:01:27 | Bobb.18 |
| | 78:15 | Q. The court reporter is handing you what has | | |
| | 78:16 | been marked as Exhibit 8, which is a copy of an | | |
| | 78:17 | e-mail you produced in this case through your | | |
| | 78:18 | attorneys from you to rbowers@azleg.gov with the | | |
| | 78:19 | subject line "GA Video." This document has a Bates | | |
| | 78:20 | stamp ending in 24. | | |
| | 78:21 | Is this an accurate copy of that e-mail? | | |
| | 78:22 | A. I believe so. | | |
| | 78:23 | Q. I'll represent to you that 7:11 p.m. UTC, | | |
| | 78:24 | which is the printed time stamp on this e-mail | | |
| | 78:25 | printout, corresponds with 2:11 p.m. Eastern time. | | |
| | 79:01 | Is this the e-mail you sent to Rusty | | |
| | 79:02 | Bowers you texted about in Exhibit 7, the text | | |
| | 79:03 | conversation among you, Giuliani and the 303 number | | |
| | 79:04 | that we were just discussing? | | |
| | 79:05 | A. Yes. | | |
| | 79:06 | Q. You write, "Mayor Giuliani asked me to | | |
| | 79:07 | reach out to you and send you the video from the | | |
| | 79:08 | Georgia hearing where the ballots were illegally | | |
| | 79:09 | stuffed at the State Farm Arena." | | |
| | 79:10 | Did I read that correctly? | | |
| | 79:11 | A. You read that correctly. | | |

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 79:12 | Q. The Georgia hearing you mentioned is a | | |
| | 79:13 | December 3rd hearing? | | |
| | 79:14 | A. I believe so, yes. | | |
| | 79:15 | Q. Your e-mail includes a YouTube link. | | |
| | 79:16 | Was that a recording of the December 3rd | | |
| | 79:17 | hearing? | | |
| | 79:18 | A. Yes, I think it was. | | |
| 97:23 - 98:19 | **Bobb, Christina 2023-05-16** | | 00:00:54 | Bobb.19 |
| | 97:23 | Q. Ms. Bobb, I'd like to direct your | | |
| | 97:24 | attention back to Exhibit 2, which is the copy of | | |
| | 97:25 | the transcript of your interview with the | | |
| | 98:01 | January 6th committee. | | |
| | 98:02 | A. Okay. | | |
| | 98:03 | Q. I'd like to direct your attention to | | |
| | 98:04 | page 107, line 21. | | |
| | 98:05 | A. Okay. | | |
| | 98:06 | Q. It reads, "Question: And Mark Meadows, do | | |
| | 98:07 | you know who he is? | | |
| | 98:08 | "Answer: I do. | | |
| | 98:09 | "Question: Did you have any interactions | | |
| | 98:10 | with him at the post-election period? | | |
| | 98:11 | "Answer: I -- sorry, my phone is ringing. | | |
| | 98:12 | Okay. Yeah, one. One that I remember was the phone | | |
| | 98:13 | call, the Brad Raffensperger phone call. I was in | | |
| | 98:14 | Meadows' office with Rudy. I think Katherine was | | |
| | 98:15 | there. There may have been one other person there | | |
| | 98:16 | but we listened in on the call from Meadows' | | |
| | 98:17 | office." | | |
| | 98:18 | Did I read that correctly? | | |
| | 98:19 | A. You read that correctly. | | |
| 98:22 - 99:10 | **Bobb, Christina 2023-05-16** | | 00:00:34 | Bobb.20 |
| | 98:22 | And I'll direct your attention to page 110, line 4. | | |
| | 98:23 | A. Okay. | | |
| | 98:24 | Q. It reads, "Question: You said there were | | |
| | 98:25 | about a half a dozen people with you. Who was with | | |
| | 99:01 | you in that room? | | |
| | 99:02 | "Answer: Meadows, Rudy, me, Katherine. | | |
| | 99:03 | Those are the ones that I specifically remember. | | |
| | 99:04 | There may have been one or two others but that was | | |
| | 99:05 | it." | | |

## Bobb - Bobb_Plaintiff Affirmatives_3

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 99:06 | | Did I read that correctly? | | |
| | 99:07 | A. | Yes. | | |
| | 99:08 | Q. | For both passages I read, was that | | |
| | 99:09 | | testimony accurate and truthful? | | |
| | 99:10 | A. | Yes. | | |
| 99:14 - 99:23 | **Bobb, Christina 2023-05-16** | | | 00:00:22 | Bobb.21 |
| | 99:14 | Q. | What is the Brad Raffensperger phone call? | | |
| | 99:15 | A. | The one that everybody made a big deal | | |
| | 99:16 | | about with POTUS. | | |
| | 99:17 | Q. | This is the January 2, 2021 call between | | |
| | 99:18 | | President Trump and then Secretary of State Brad | | |
| | 99:19 | | Raffensperger? | | |
| | 99:20 | A. | That sounds correct. | | |
| | 99:21 | Q. | You're aware that Brad Raffensperger was | | |
| | 99:22 | | the Georgia Secretary of State? | | |
| | 99:23 | A. | I am. | | |
| 100:05 - 100:12 | **Bobb, Christina 2023-05-16** | | | 00:00:17 | Bobb.22 |
| | 100:05 | Q. | Why did you join this call? | | |
| | 100:06 | A. | We were in a meeting and it was -- the | | |
| | 100:07 | | call was happening so they turned it on. | | |
| | 100:08 | Q. | Who is the "we"? | | |
| | 100:09 | A. | The people that I identified.  Meadows, | | |
| | 100:10 | | Rudy, me, Katherine, those are the ones I | | |
| | 100:11 | | specifically remember.  There may have been one or | | |
| | 100:12 | | two others but that was it. | | |

| Our Designations | 00:10:16 |
|---|---|
| **TOTAL RUN TIME** | **00:10:16** |