# EXHIBIT 10

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | "Joe Sibley" |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Ryan, Timothy |
| **Subject:** | Freeman v. Giuliani - Ellis Deposition |
| **Date:** | Monday, June 26, 2023 11:17:49 AM |

Joe,

Following up to confirm our call this morning. As we discussed on the call, Plaintiffs are taking Ms. Ellis' deposition today at 11a, after conferring with counsel for Ms. Ellis extensively regarding the date of her deposition. We spoke in advance of beginning the deposition, and you indicated that you did not intend to attend.

Thanks,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers