# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEMAN, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-3754 |
| ) | |
| GIULIANI ) | |
| ) | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO APPEAR VIRTUALLY

PLEASE TAKE NOTICE that Defendant Rudolph Giuliani, by and through counsel, hereby withdraws his Motion to Appear Virtually.

**WHEREFORE**, Defendant respectfully requests that the Court take notice of this withdrawal and remove the matter from consideration.

Dated: January 9, 2025                    Respectfully submitted,

/s/ Eden P. Quainton
EDEN P. QUAINTON, ESQ.
QUAINTON LAW, PLLC
D.C. Bar No. NY0318
2 Park Ave., 20th Fl.
New York, New York 10016
Telephone: (212) 419-0575
eden.quainton@quaintonlaw.net

/s/ Jonathan S. Gross
JONATHAN S. GROSS, ESQ.
LAW OFFICES OF JONATHAN GROSS
D.C. Bar No. MD0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
Telephone: (443) 813-0141
jonathansgross@gmail.com
*Attorneys for Defendant Rudy Giuliani*