UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                    Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                    Defendant. | No. 23-cv-3754-BAH |

### DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' NOTICE OF ADDITIONAL INFORMATION

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action.

3. I submit this declaration in as additional evidence in support of Plaintiffs' Motion for Civil Contempt ("Motion").

4. I have personally reviewed certain public broadcasts of Defendant Rudolph W. Giuliani's ("Defendant Giuliani") daily livestream program *America's Mayor Live*. Defendant Giuliani published each of his daily livestream programs on multiple platforms, including but not limited to Twitter/X, Facebook, and YouTube. The livestreams remain publicly accessible all of those platforms as of the date of this declaration. For each livestream program, I have provided links to such platforms where the program remains publicly accessible.

5. On November 19, 2024, Defendant Giuliani aired an episode of his livestream program *America's Mayor Live*, titled *America's Mayor Live (542): Live Coverage of Trump Transition 2024: Day 14*. This video is available online at the following links: Facebook https://www.facebook.com/realrudygiuliani/videos/americas-mayor-live-542-live-coverage-of-trump-transition-2024-day-14/895053242772163/, Twitter/X https://x.com/RudyGiuliani/status/1859039061908054429, and YouTube https://www.youtube.com/watch?v=blJfPYRHxRU&t=1s. Due to file format, this video, Exhibit 1, cannot be filed electronically through the Court's ECF system. Therefore, a slipsheet in place of the exhibit in MP4 format has been filed electronically through the Court's ECF system with the corresponding exhibit number identified.

6. On November 21, 2024, Defendant Giuliani aired an episode of his livestream program *America's Mayor Live*, titled *America's Mayor Live (544): Live Coverage of Trump Transition 2024: Day 16*. This video is available online at the following links: Facebook https://www.facebook.com/realrudygiuliani/videos/americas-mayor-live-544-live-coverage-of-trump-transition-2024-day-16/1106341844448261/, Twitter/X https://x.com/RudyGiuliani/status/1859764046167425215, and YouTube https://www.youtube.com/watch?v=gAMw0O_Hsog. Due to file format, this video, Exhibit 2, cannot be filed electronically through the Court's ECF system. Therefore, a slipsheet in place of the exhibit in MP4 format has been filed electronically through the Court's ECF system with the corresponding exhibit number identified.

7. Plaintiffs have also arranged for a thumb drive containing these video exhibits to be delivered to Chambers for the Court's convenience, containing copies of Exhibit 1 and Exhibit

2 in MP4 format.  Plaintiff will also serve copies of Exhibit 1 and Exhibit 2 on Defendants, if the parties have not agreed otherwise, by mail or by hand delivery.

| | |
|---|---|
| Executed on January 10, 2025 | s/ M. Annie Houghton-Larsen |
| | M. Annie Houghton-Larsen |
| | Willkie Farr & Gallagher LLP |
| | 787 Seventh Avenue |
| | New York, NY 10019 |
| | (212) 728-8000 |
| | mhoughton-larsen@willkie.com |
| | |
| | *Attorney for Ruby Freeman and Wandrea' Moss* |