# Exhibit 1

## *America's Mayor Live (542): Live Coverage of Trump Transition 2024: Day 14* (Nov. 19, 2024)
## Manually Filed (MP4)