# Exhibit 2

*America's Mayor Live (544): Live Coverage of Trump Transition 2024: Day 16* (Nov. 21 2024)

**Manually Filed (MP4)**