January 20, 2025

**VIA ECF**

Hon. Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:   *Freeman et al. v. Giuliani*, No. 23-cv-3754 (BAH)

Dear Judge Howell:

Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this letter to inform the Court that Plaintiffs and Defendant Rudolph W. Giuliani have executed a settlement agreement ("Agreement") that, once certain conditions are met, would result in the conclusion of all litigation currently pending between and among the Parties. *See Freeman et al. v. Giuliani*, No. 24-mc-353 (LJL), ECF No. 242 (S.D.N.Y. Jan. 16, 2025); *Freeman et al. v. Giuliani*, No. 24-cv-6563 (LJL), ECF No. 214 (S.D.N.Y. Jan. 16, 2025).[1]

In light of the Agreement, Plaintiffs do not intend to seek attorneys' fees and costs in accordance with the Court's Conditional Order entered on January 10, 2025. *See Freeman et al. v. Giuliani*, 23-cv-03754 (BAH), ECF No. 41 (D.D.C. Jan. 10, 2025).

Respectfully submitted,

By: /s/ *Michael J. Gottlieb*
Michael J. Gottlieb (974960)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
mgottlieb@willkie.com

*Counsel for Plaintiffs*

---

[1] Attached as Exhibit A is a true and correct copy of the Joint Letter for Adjournment, filed by Plaintiffs, Defendant, and Intervenor Andrew Giuliani on January 16, 2024 in the case dockets *Freeman et al. v. Giuliani*, No. 24-mc-353 (LJL) (S.D.N.Y.) and *Freeman et al v. Giuliani*, No. 24-cv-6563 (LJL) (S.D.N.Y.).