**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEMAN, et al. ) | |
| ) | |
| v. ) | Case No. 1:23-cv-3754-BAH |
| ) | |
| GIULIANI ) | |
| ) | |
| _____ ) | |

**UNOPPOSED MOTION TO DEFER COMPLIANCE**
**WITH JANUARY 10, 2025 ORDER**

As set forth in the Notice Regarding Attorney's Fees and Costs, Dkt. 43, filed by Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), Defendant Rudolph Guliani ("Defendant") and Plaintiffs have executed a settlement agreement ("Agreement") that, once certain conditions are met, would result in the conclusion of all litigation currently pending between and among the Parties. Dkt. 43 at 1. Accordingly, Defendant respectfully requests that the Court defer compliance with its Order, dated January 10, 2025, Dkt. 41, to a date on or after February 25, 2025, to permit the Parties to fully implement the Agreement. Defendant has conferred with Plaintiffs, who do not oppose this request.

Defendant intends to make a further submission once the Agreement has been fully implemented.

Dated: January 30, 2025

                                                                                             Respectfully submitted,

                                                                           By:  */s/ Eden P. Quainton*
                                                                                  Eden P. Quainton (NY0318)
                                                                                  Jonathan S. Gross (MD0126)
                                                                                  QUAINTON LAW, PLLC
                                                                                  2 Park Ave., 20th Fl.
                                                                                  New York, New York 10016
                                                                                  Telephone: (212) 419-0575
                                                                                  eden.quainton@quaintonlaw.net
                                                                                  jonathan.gross@quaintonlaw.net

*Attorneys for Defendant*
*Rudolph Giuliani*

By: <u>*/s/ Michael J. Gottlieb*</u>
    Michael J. Gottlieb (974960)
    Meryl C. Governski (1023549)
    WILLKIE FARR & GALLAGHER LLP
    1875 K Street NW
    Washington DC 20006
    Telephone: (212) 728-8904
    mgottlieb@willkie.com
    mgovernski@willkie.com