## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEMAN, et al. ) | |
| ) | |
| v. ) | Case No. 1:23-cv-3754-BAH |
| ) | |
| GIULIANI ) | |
| ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL

Due to an unintentional error, the Unopposed Motion filed at Dkt. 44 is hereby withdrawn. The motion was unopposed but inadvertently included opposing counsel's signature from a prior draft when a joint motion was contemplated. A corrected motion will be filed shortly.

Dated: January 30, 2025

                                                    Respectfully submitted,

                                       By:  */s/ Eden P. Quainton*
                                                     Eden P. Quainton (NY0318)
                                                     Jonathan S. Gross (MD0126)
                                                     QUAINTON LAW, PLLC
                                                     2 Park Ave., 20th Fl.
                                                     New York, New York 10016
                                                     Telephone: (212) 419-0575
                                                     eden.quainton@quaintonlaw.net
                                                     jonathan.gross@quaintonlaw.net
                                                     *Attorneys for Defendant*
                                                     *Rudolph Giuliani*